Official Form 1 (04/10)

| United States Bankruptcy Court<br>**CENTRAL** DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor   (if individual, enter Last, First, Middle):<br>*Capistrano Terrace, Ltd., a California Limited Partnership* | Name of Joint Debtor   (Spouse)(Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>f/k/a<br>Advanced Group 03-79, a California limited partnership | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **51-0462334** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
|---|---|

| Street Address of Debtor   (No. & Street, City, and State):<br>*23792 Rockfield*<br>*Suite 100*<br>*Lake Forest, CA*   ZIPCODE *92630* | Street Address of Joint Debtor   (No. & Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the<br>Principal Place of Business:   *Orange* | County of Residence or of the<br>Principal Place of Business: |
|---|---|

| Mailing Address of Debtor   (if different from street address):<br>*SAME*   ZIPCODE | Mailing Address of Joint Debtor   (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor<br>(if different from street address above):   *32802 Valle Road, San Juan Capistrano, CA*   ZIPCODE *92675* |
|---|

**Type of Debtor**   (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**   (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee**   (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)                                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Capistrano Terrace, Ltd., a California Limited Partnership* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | | (If more than two, attach additional sheet) |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____   *07/07/2011*<br>    Signature of Attorney for Debtor(s)                Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and exhibit C is attached and made a part of this petition.
☐ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (04/10)                                                                                          FORM B1, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** *Capistrano Terrace, Ltd., a California Limited Partnership* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X *D. Edward Hays*
Signature of Attorney for Debtor(s)

*D. Edward Hays 162507*
Printed Name of Attorney for Debtor(s)

*Marshack Hays LLP*
Firm Name

*870 Roosevelt Avenue*
Address

*Irvine, CA  92620*

*949.333.7777*
Telephone Number

*07/07/2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ray Poulter*
Signature of Authorized Individual

*Ray Poulter*
Printed Name of Authorized Individual

President of General Partner
Title of Authorized Individual

*07/07/2011*
Date

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re    Capistrano Terrace, Ltd. _____ ,    )    Case No. _____

               Debtor             )

                                )

                                )    Chapter    11 _____

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

Capistrano Terrace Mobile home park was constructed in the 1950s as a travel trailer park. At the time of construction it appears, based on geotechnical investigations, that little or no remedial efforts were undertaken during the grading to ensure slope stability. The grading performed to construct the park would not comply with the present standard of practice for the industry. During periods of heavy rains the park is susceptible to mud and debris flow , resulting in unsafe conditions. In the recent rains of December 2010, the fire department issued voluntary evacuations for the majority of the park due to potential unsafe conditions.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**EXHIBIT "C" TO VOLUNTARY PETITION – continued**

Additionally, several home sites have been put under a storm watch by the city of San Juan Capistrano due to their proximity to an overly steep slope.  Please see attached reports for details.

1)  LGC Notice of Unsafe Geotechnical Conditions 12-22-10
2)  City of San Juan Capistrano – Letter regarding geotechnical issues 11-16-06
3)  LGC Notice of Significant Increase in Slope Distress – 9-13-06
4)  LGC Geotechnical Evaluation – 4-19-05

 **LGC Geotechnical, Inc.**

December 22, 2010

Project No. 10171-01

Mr. Robert Cerruti
*Capistrano Terraces, Ltd.*
22974 El Toro Road
Lake Forest, CA 92630

**Subject:**      *Notice of Unsafe Geotechnical Conditions, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California*

In accordance with your request, LGC Geotechnical, Inc. performed a site visit to the Capistrano Terraces Mobile Home Park located in San Juan Capistrano, California. Our site visit was performed on December 22, 2010 to observe the areas of geotechnical distress to the community caused by the recent heavy rains. Based on the conditions observed we were asked to assess the threat to the safety of the mobile home coaches based on the geotechnical conditions observed. The distress observed included several areas of surficial slope failure, debris flows, and erosion rills at multiple locations within and surrounding the community. We understand that the fire authority had visited the site earlier in the day and had recommended that several of the coach sites be evacuated as a precaution.

Our geotechnical observation of the current conditions indicates that potentially dangerous conditions exist in portions of the site, such that habitation of the coaches at these locations is not recommended from a geotechnical viewpoint. These coach locations include: Coach Sites 14, 22, 24, 25, 36, 37, 83, 113, 149 and 150. We recommend that these coaches be at least temporarily vacated until mitigation measures and/or repairs can be appropriately implemented and the locations further evaluated and found to be safe for occupancy.

Please note that the locations listed herein are areas where an obvious threat to the structures was identified at the time of our site visit. Adjacent coaches and other areas of the site that are not discussed herein may also be at risk. Please also note that the site condition is dynamic, the failed areas are unstable and may continue to expand as well as new failures develop. Additional rainfall may exacerbate the conditions observed. The potential for additional failures or deep-seated failures within the site are not addressed herein.

Should have any questions regarding this letter, please do not hesitate to contact our office.

Sincerely,

*LGC Geotechnical, Inc.*

Kevin B. Colson, CEG 2210
Vice President

KBC/sec

Distribution:      (2) Addressee

32400 PASEO ADELANTO
SAN JUAN CAPISTRANO, CA 92675
(949) 493-1171
(949) 493-1053 FAX
*www.sanjuancapistrano.org*

MEMBERS OF THE CITY COUNCIL

SAM ALLEVATO
DIANE BATHGATE
WYATT HART
JOE SOTO
DAVID M. SWERDLIN

November 16, 2006

Mr. Rick Julian
Capistrano Terrace, Ltd.
Advanced Group Real Estate Services, Inc.
22974 El Toro Road
Lake Forest, CA 92630

RE:    **CAPISTRANO TERRACE MOBILE HOME PARK – GEOTECHNICAL
        ISSUES**

Dear Rick:

Transmitted with this letter is a copy of *Recommendations for Further Evaluation of
Slope Conditions in Capistrano Terrace Mobile Home Park* (CTMHP), dated October 17,
2006, by David H. Lee and Associates (DHLA).

The Recommendations are the result of a third party review of LGC investigation report,
titled *Notice of Significant Increase in Clubhouse Slope Distress, CTMHP*, dated
September 13, 2006.

For the health and safety of the residents who live below the subject slope, the report
recommends diligent storm-watch:

"....the tenants of the mobile home park, should they choose to remain, be allowed to do
so only under a conditional storm-watch established by the owners of the park and their
geotechnical consultant, such that they are temporarily evacuated if heavy rainfall is
**predicted,** and **only** be allowed to return if heavy rainfall does not occur as predicted, or
it is determined that the slopes have not become more unstable as a result of the rainfall."

The City is directly notifying the residents of units 28, 29, 98, 99, 149, 150, 151, 142,
143, and 154 in CTMHP to work with your office in order to evacuate their coaches
anytime heavy rains are predicted and not return to their coaches until the slope is
deemed safe by your geologist. Your company was in the process of hiring a new
geologist to monitor the slope. We are also advising the HOA of this concurrent "notice"
to the residents. The details of this arrangement need to be worked out between the
residents and park owners.

The DHLA report includes a series of other recommendations:

*San Juan Capistrano: Preserving the Past to Enhance the Future*

1. Perform continued monitoring of slope movements.
2. Geotechnical subsurface exploration to establish accurate cross sections through the slopes.
3. Ground water conditions beneath the park.
4. Thorough deep-seated and surficial stability analysis of the slope.
5. Appropriate means to repair the slope.
6. As alarms to residents, installation of electronic monitoring sensors and data acquisition systems that can detect and alert residents if there is slope movement.

In case of questions or comments, please feel free to contact me at 949/443-6398.

Sincerely,

Nasser Abbaszadeh, PE
Engineering and Building Director

C: John Shaw

Attachment

32400 PASEO ADELANTO
SAN JUAN CAPISTRANO, CA 92675
(949) 493-1171
(949) 493-1053 FAX
*www.sanjuancapistrano.org*

MEMBERS OF THE CITY COUNCIL

SAM ALLEVATO
DIANE BATHGATE
WYATT HART
JOE SOTO
DAVID M. SWERDLIN

November 16, 2006

Mr. Rick Unfried
President
Home Owners' Association
Capistrano Terrace Mobile Home
32802 Valle Road, Unit 12
San Juan Capistrano, CA 92675

RE:    **CAPISTRANO TERRACE MOBILE HOME PARK – GEOTECHNICAL
       ISSUES**

Dear Mr. Unfried:

Transmitted with this letter is a copy of *Recommendations for Further Evaluation of
Slope Conditions in Capistrano Terrace Mobile Home Park* (CTMHP), dated October 17,
2006, by David H. Lee and Associates.

The Recommendations are the result of a third party review of LGC investigation report,
titled *Notice of Significant Increase in Clubhouse Slope Distress, CTMHP*, dated
September 13, 2006.

Among other precautionary notes, for the health and safety of the residents who live
below the subject slope, the report recommends diligent storm-watch:

"....the tenants of the mobile home park, should they choose to remain, be allowed to do
so only under a conditional storm-watch established by the owners of the park and their
geotechnical consultant, such that they are temporarily evacuated if heavy rainfall is
**predicted,** and **only** be allowed to return if heavy rainfall does not occur as predicted, or
it is determined that the slopes have not become more unstable as a result of the rainfall."

While the City will directly notify the residents of units 28, 29, 98, 99, 149, 150, 151,
142, 143, and 154 in CTMHP to work with the park-owners and evacuate their coaches
anytime heavy rains are predicted and not return to their coaches until the slope is
deemed safe by the owner's geologist, we are also advising the HOA of this concurrent
"notice" to the residents. The details of this arrangement need to be worked out between
the residents and park owners.

*San Juan Capistrano: Preserving the Past to Enhance the Future*

Please review the attached report and feel free to contact me at 949/443-6398 with any questions or comments.

Sincerely,

Nasser Abbaszadeh, PE
Engineering and Building Director


C: Advanced Group


Attachment



# DAVID H. LEE & ASSOCIATES, INC.
GEOTECHNICAL ENGINEERING ❖ ENGINEERING GEOLOGY

## MEMORANDUM
### *Via Facsimile & U.S. Mail*

October 17, 2006

Mr. Nasser Abbaszadeh
**CITY OF SAN JUAN CAPISTRANO**
32400 Paseo Adelanto
San Juan Capistrano, CA 92675          DHLA Project K06.046.00

**SUBJECT:**     Recommendations for Further Evaluation of Slope
Conditions and Intermediate Safety Precautions at
the Capistrano Terraces Mobile Home Park, San
Juan Capistrano, California.

Dear Mr. Abbaszadeh:

As requested by the City of San Juan Capistrano, this
memorandum provides our general recommendations for further
evaluation and monitoring of slope conditions within the
Capistrano Terraces Mobile Home Park (CTMHP).  Of specific and
more immediate concern is the slope below the clubhouse and
swimming pool, which is showing signs of instability based on
recent monitoring efforts by Lawson & Associates Geotechnical
Consulting, Inc. (LGC).  Engineering and geologic personnel from
our office have viewed the ongoing damage in and around the
clubhouse facilities and monitoring data provided by LGC, and are
in basic agreement with concerns expressed by LGC regarding the
stability of the slope and its potential for impacting the clubhouse
and occupied coach spaces.

It is our understanding that the City of San Juan Capistrano
requires geotechnical input concerning the slope conditions for
proper interpretation of public safety elements as they pertain to
the owners and tenants of the CTMHP.   It is also our
understanding that LGC is no longer the geotechnical consultant of
record for the owners of the CTMHP and that the tenants have

MR. NASSER ABBASZADEH
CITY OF SAN JUAN CAPISTRANO

DHLA PROJECT K06.046.00
OCTOBER 17, 2006

expressed interest in purchasing the park from the current owners.

# REFERENCES

A list of the references that were reviewed and utilized in part in arriving at our general recommendations relative to the slope conditions at the CTMHP is attached at the end of this letter as Appendix A.  The references include geotechnical reports and memoranda prepared by Petra Geotechnical, Inc. and LGC, as well as our previous memorandum pertaining to observation of the site conditions.

# GENERAL RECOMMENDATIONS

The following general recommendations regarding the slope conditions at the CTMHP are based on our 1) conversations with Mr. Sam Shoucair, Senior Engineer, and Mr. Nasser Abbaszadeh, Engineering and Building Director, with the City of San Juan Capistrano, and Ms. Katie Maes, Project Geologist with LGC, 2) visit to the site to observe conditions in and around the clubhouse on September 29, 2006, and 3) review of the reports and memoranda provided by LGC, listed in Appendix A to this letter.  These recommendations should be implemented as soon as possible, given the nature of the recent movement detected in the clubhouse slope area and the approaching rainy season.  The owners of the mobile home park should retain the services of a qualified geotechnical consulting firm, with a geotechnical engineer and engineering geologist licensed in the State of California, to perform their own detailed evaluation of the slope conditions in general conformance with the following:

1. Perform continued monitoring of movement within the slopes.  This should include installation of additional slope inclinometer casings to provide adequate determination of movement within all of the slope systems within the park.  A greater number of inclinometers might need to be installed around the area of the clubhouse to properly interpret the movement occurring in that area.  The frequency of monitoring should be determined by the geotechnical consultant, based on the rates of movement obtained from initial readings.  Interim reports of the monitoring should be provided to the City after each set of readings.

2. The geotechnical consultant should perform a more detailed geotechnical evaluation of the slopes.  This should include subsurface exploration sufficient to establish accurate cross-sections through the slopes showing the geologic configuration and structure of the various earth materials involved in the deep-seated and surficial stability of the slopes.  A sufficient number of samples should be collected to determine the accurate strengths of all materials affecting the stability.  Considering the nature of movement recently detected in the clubhouse area, samples should also be checked for susceptibility to collapse or consolidation.

3.  The groundwater conditions beneath the park should be explored and monitored to determine the effect on stability of the slopes. This should include installation and monitoring of open standpipe observation wells and/or pneumatic pore pressure transducers. Sources of groundwater, other than from natural sources, should also be investigated, including thorough leak testing and detection of the water supply, sewer and drain line systems within the park. Any leaks found in these systems should be repaired immediately. Findings of the groundwater monitoring should be provided to the City, along with the interim slope movement reports.

4.  Accurate and thorough deep-seated and surficial stability analysis of the slopes should be performed, based on the results of the subsurface exploration and laboratory testing of samples obtained. Analysis should include the affects of anticipated seismic ground motions appropriate to the regional area and worst-case groundwater conditions.

5.  Develop appropriate means of repair for the slopes. Those slopes possessing the lowest factors of safety should be attended to first. Where possible, repairs should be designed so as to have the least impact on the coach space tenants; however, temporary relocation of most of the coaches should probably be anticipated during the actual repair process.

The recommendations listed above are provided as a guide for what the City would expect from the geotechnical consultant of record for the CTMHP and are not intended to provide specific details of a geotechnical evaluation. The actual geotechnical evaluation that is implemented should be determined by the geotechnical consultant of record for the site using the above recommendations as a basis for what should be expected during the review process by the City. These recommendations pertain only to the slopes within and immediately above the CTMHP, and do not apply to any evaluation of the larger Forster Canyon Landslide (FCL) complex within which the park is located. The geotechnical consultant ultimately retained for the CTMHP should make their own determination as to the effects of the FCL on the CTMHP site, including obtaining information relating to the ongoing investigation of the FLC for the neighboring property being conducted by others.

# INTERMEDIATE SAFETY MEASURES

Based on the present geotechnical knowledgebase concerning stability of the slope below the clubhouse/swimming pool area, its immediate potential for failure and damage cannot be accurately determined. However, since LGC determined a preliminary static factor of safety of 1.02, initial and immediate efforts should be focused on that slope to determine its potential impact on the surrounding coach spaces. In the interim, until repairs can be affected, it is recommended that the tenants of the mobile home park, should they choose to remain, be allowed to do so only under a conditional storm-watch established



by the owners of the park and their geotechnical consultant, such that they are temporarily evacuated if heavy rainfall is **predicted**, and **only** be allowed to return if heavy rainfall does not occur as predicted, or it is determined that the slopes have not become more unstable as a result of the rainfall.

In the context of the above, the CTMHP owners and their geotechnical consultant should consider the installation of electronic monitoring sensors and data acquisition systems that can be set to small slope movement limits, with an alarm system that can alert tenants (that choose to remain in their coaches in proximity to the slopes) to evacuate immediately.  Such a system would be less effective for surficial, rapid, mudflow-type slope failures, however, the use of moisture sensors to detect saturation levels in the surficial slope materials might allow sufficient time for tenants to be alerted of a potential failure condition.

# LIMITATIONS

It should be borne in mind that the recommendations presented in this memorandum are based solely on our observation of the site and information provided to us.  David H. Lee and Associates, Inc. has not performed any form of independent study or geotechnical evaluation of the slope conditions within the CTMHP and, therefore, cannot be held responsible for any misinterpretation of the site condition or any resulting ramifications thereof.  This report has been prepared for the exclusive use of the City of San Juan Capistrano, its agents and representatives pursuant to understanding the geotechnical conditions and the actions necessary to provide a level of protection for tenants at the Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.

Respectfully submitted,

David H. Lee & Associates, Inc.

David H. Lee, PE, RGE
Principal Geotechnical Engineer

Colin E. Cunningham, PG, CEG
Senior Engineering Geologist

Distribution:  Addressee      (1) via facsimile
                              (2) via U.S. Mail

# Appendix A

# <u>REFERENCES</u>

David H. Lee & Associates, Inc.  September 29, 2006. *Observation of Slope Conditions at the Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.*  DHLA Project K06.046.00.

Lawson & Associates Geotechnical Consulting, Inc. *Capo Terraces Slope Distress.*  Portion of geotechnical map showing location of Cross-Section A-A', Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.  Job No. 041108-01.

_____.  September 21, 2006. *Clarification of "Notice of Significant Increase in Clubhouse Slope Distress, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California," dated September 13, 2006.*  Project No. 041108-01.

_____.  January 17, 2006. *Clubhouse Slope Distress, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.*  Project No. 041108-01.

_____.  August, 2006. *Cross-Section A-A'.*  Hand-drawn geologic section through area of clubhouse at Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.  Job No. 041108-01.

_____.  April 19, 2005. *Geotechnical Evaluation of Capistrano Terraces Mobile Home Park, Existing Conditions, San Juan Capistrano, California.*  Project No. 041108-01.

_____.  January 31, 2002. *Geotechnical Reconnaissance Study, Capistrano Terrace Mobile Home Park, City of San Juan Capistrano, California.*  Project No. 010017-01.

_____.  September 13, 2006. *Notice of Significant Increase in Clubhouse Slope Distress, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California.*  LGC Project No. 041108-01.

_____.  Undated.  Plots of slope inclinometer readings, "capo terraces, west of pool house."  Includes cumulative displacement, incremental displacement and time/displacement plot.  Latest reading September 29, 2006.

# Appendix A

# <u>REFERENCES</u>

Petra Geotechnical, Inc.  July 14, 1998.  *Preliminary Geotechnical
Evaluation, Capistrano Terrace Mobilehome Park, City of San
Juan Capistrano, Orange County, California.*  J.N. 282-98

# LGC

**Lawson & Associates Geotechnical Consulting, Inc.**

---

### PROJECT MEMORANDUM

*To:*  **Capistrano Terraces, Ltd.**                                      *Date*: September 13, 2006
       23792 Rockfield Boulevard, Suite 100
       Lake Forest, CA  92630                                            *Project No.:* 041108-01

*Attention*:  Mr. Ray Poulter

*From:*  Tim Lawson and Katie Maes

*Subject:*  Notice of Significant Increase in Clubhouse Slope Distress, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California

*Reference:*  LGC, 2006, Clubhouse Slope Distress, Capistrano Terraces Mobile Home Park, San Juan Capistrano, California, Project No. 041108-01, dated January 17, 2006.

---

In accordance with your request, Lawson & Associates Geotechnical Consulting, Inc. (LGC) has monitored an area of observed distress within the slope supporting the clubhouse located at the upper level of the Capistrano Terraces Mobile Home Park, within the city of San Juan Capistrano, California. A full discussion of risks and responsibilities regarding the slope distress is presented in the referenced report by LGC dated January 17, 2006. Based on recent observations in the clubhouse building, pool decking, and top of slope area, the slope distress has recently worsened, and the risk to residents at the toe of the slope has significantly increased.

The pool decking around the currently empty pool has variably settled and buckled as much as two inches since monitoring was begun in January 2006. Shifting of flatwork surrounding the clubhouse and some vertical displacement on pre-existing cracks through the clubhouse foundation have recently been observed. Two arcuate, relatively continuous zones of distress through the clubhouse foundation and walls now show separations of fractions of an inch. Readings taken of the inclinometer set at the top of slope behind the empty pool indicates a slight backwards tilt within the upper approximately 12 feet of soil. A backwards tilt is less indicative of overall down slope movement than a forward tilt; however, the combination of all of the above occurrences has increased our concern for the slope, especially given the rainy season begins next month.

LGC recommends that the following park residents be notified of this significantly increased concern for the stability of the slope and be advised to vacate their coaches as soon as possible. Residents of coaches in Spaces 28, 29, 98, 99, 149, 150, 151, 152, 153, and 154 appear to be within the potential area of impact of a slope failure along the observed zone of distress, however potential damage may not be limited to those coaches. LGC is not responsible for the safety of any person who does not vacate the area immediately. The referenced letter (LGC, 2006) should be provided along with this memo to affected residents. Daily observations by park personnel should continue, and LGC will continue to monitor the area. Please note we cannot accurately predict the timing or size of a slope failure.

If you have any questions regarding this memorandum, please do not hesitate to contact our office.

cc:  Mr. Nasser Abbaszadeh, City of San Juan Capistrano

---

# LGC

**Lawson & Associates Geotechnical Consulting, Inc.**

### GEOTECHNICAL EVALUATION OF CAPISTRANO TERRACES MOBILE HOME PARK, EXISTING CONDITIONS, SAN JUAN CAPISTRANO, CALIFORNIA

**Dated: April 19, 2005**

**Project No. 041108-01**

**Prepared For:**

*Capistrano Terraces, Ltd.*
**22974 El Toro Road**
**Lake Forest, CA  92630**

1319 Calle Avanzado • San Clemente • CA 92673-6351 • 949.369.6141 • Fax: 949.369.6142 • www.lgcgeo.com

 Lawson & Associates **Geotech**nical Consulting, Inc.

April 19, 2005

Project No. 041108-01

Mr. Ray Poulter
*Capistrano Terraces, Ltd.*
22974 El Toro Road
Lake Forest, CA  92630

**Subject:**     *Geotechnical Evaluation of Capistrano Terraces Mobile Home Park, Existing Conditions, San Juan Capistrano, California*

In accordance with your request, Lawson & Associates Geotechnical Consulting, Inc. (LGC) has performed a geotechnical study of the existing Capistrano Terrace Mobile Home Park located in the city of San Juan Capistrano, California. The purpose of our investigation was to evaluate the existing site geotechnical conditions and review the available geotechnical and geologic reports and maps with regard to the geotechnical integrity of the site. This report presents the results of our review and geotechnical analysis and provides a summary of our conclusions and recommendations.

If you should have any questions regarding this report, please do not hesitate to contact our office.

Sincerely,

*LAWSON & ASSOCIATES GEOTECHNICAL CONSULTING, INC.*

Katie Maes, CEG 2216
Project Geologist

Brad Zellmer, GE 2618
Associate Engineer

Timothy Lawson, CEG 1821, GE 2626
Principal Engineer/Geologist

KTM/BTZ/TJL/kjf

Distribution:   (4)  Addressee

# *TABLE OF CONTENTS*

**Section**                                                                        **Page**

1.0    NTRODUCTION ...................................................................................... 1

    1.1    Site Description............................................................................... 1
    1.2    Background ..................................................................................... 1

2.0    GEOTECHNICAL CONDITIONS .......................................................... 3

    2.1    Geologic Setting............................................................................. 3
    2.2    Earth Materials ............................................................................... 3

        2.2.1   Undocumented Fill Soils (Map Symbol: Afo) ...................... 3
        2.2.2   Colluvium (Map Symbol: Qcol)........................................... 3
        2.2.3   Landslide Deposits (Map Symbols: Qls and Qols) ............. 4
        2.2.4   Capistrano Formation (Map Symbol: Tc) ............................ 4

    2.3    Geotechnical Conditions by Slope Areas ....................................... 4
    2.4    Groundwater ................................................................................... 7
    2.5    Faulting........................................................................................... 7

        2.5.1   Lurching and Shallow Ground Rupture ............................... 8
        2.5.2   Earthquake-Induced Landslides .......................................... 8
        2.5.3   Liquefaction and Dynamic Settlement ................................ 8
        2.5.4   Tsunamis and Seiches ......................................................... 8

    2.6    Seismicity....................................................................................... 9
    2.7    Seismic Design Criteria ................................................................. 9
    2.8    Laboratory Testing......................................................................... 9
    2.9    Soil Shear Strength Parameters.................................................... 10
    2.10   Slope Stability Analysis ............................................................... 10

3.0    CONCLUSIONS .................................................................................... 12

4.0    RECOMMENDATIONS ........................................................................ 13

5.0    LIMITATIONS ...................................................................................... 14

# LIST OF ILLUSTRATIONS, TABLES, AND APPENDICES

## Tables

Table 1 – Static Shear Strength Parameters (Page 10)
Table 2 – Summary of Slope Stability Analysis (Page 11)

## Plates

Plate 1 – Geotechnical Map (In Pocket)
Plate 2 – Cross-Sections 1-1' through 5-5' (In Pocket)

## Appendices

Appendix A – References
Appendix B – Boring Logs
Appendix C – Laboratory Testing Results
Appendix D – Stability Analysis
Appendix E – Seismic Analysis

## 1.0 INTRODUCTION

In accordance with your request, Lawson & Associates Geotechnical Consulting, Inc. (LGC) has reviewed the existing slopes of the Capistrano Terraces Mobile Home Park located in San Juan Capistrano, California. The following presents the results of our review of previous geotechnical evaluations, additional subsurface investigation consisting of excavation and geotechnical logging of four large diameter borings, laboratory testing, review of aerial photographs, preparation of cross-sections, and slope stability analysis of existing conditions.

### 1.1    Site Description

The approximately 17-acre mobile home park is located on the east side of the Interstate 5 Freeway, southeast of the La Novia Avenue and Valle Road intersection in San Juan Capistrano. The 152 coaches within the park are accessed from the single entrance at 32802 Valle Road. The park is located within the toe area of the large Forster Canyon Landslide, and related landslide features have resulted in the variable topography of the area. The park consists of four terraced areas with variable steep slopes between each terrace and a large ascending slope at the eastern perimeter on the adjacent San Juan Meadows property.

### 1.2    Background

The Capistrano Terraces Mobile Home Park was originally established during the late 1950's as a multi-level site constructed with limited grading activities consisting of localized areas of cut and fill. Based on observations during subsurface investigations, little to no remedial measures were undertaken during grading, and no documentation of grading operations is available. The grading performed would not comply with the present day standards of practice for the industry. Fill was placed in topographically low areas and within the outer edges of tops-of-slopes, and cut was taken from toe-of-slope areas for installation of retaining walls and/or placement of roads and coaches. Altogether, existing coach spaces and associated improvements at tops and toes of slopes are generally placed relatively close to slopes, even overhanging tops of slopes in some cases. Therefore stability of those interior slopes has an especially high impact on the existing homes.

Multiple slope failures have occurred over the years since inception of the park, and various structures such as retaining walls and decks have showed signs of distress. Rainfall levels have varied considerably from year to year, and a multitude of small- to medium-sized slope failures occurred during the higher rainfall seasons. Overall, the majority of the slopes within the mobile home park are undergoing various levels of localized surficial and small block type failures, slope creep, underground piping, erosion rilling and soil slumping. Also, the native slopes do not possess adequate drainage devices and water flows under in-place coaches in several areas during periods of rainfall. The current rainy season has resulted in several areas of failure throughout the park and

on enjoining properties. Two coach spaces were recently red-tagged by the City Building Official based on observed failure of structural support and a site-specific evaluation by LGC (2005). Retaining walls have toppled over and/or tilted as described in the referenced report (LGC 2004b), and several small slope failures occurred directly adjacent to in-place coaches along the upper tier of the park. In general, the park has been subject to a multitude of geotechnical related problems over the years which are likely to continue and potentially worsen over time.

Previous evaluations of slopes within the park are presented in the referenced reports by Petra Geotechnical (Petra, 1998) and LGC (2002a). The referenced Petra report presented data from a subsurface investigation consisting of excavation of seven large-diameter borings to depths ranging from 40 to 75 feet and seven hand excavated test pits. Many of the slopes in the park were deemed to be unsuitable by today's geotechnical standards, based on geologic conditions, limited slope stability analysis, and coach positions relative to tops and toes of slopes. Recommended mitigation included removal of a large number of coaches to facilitate major grading of oversteep slopes. It is our understanding that the report was not submitted to the City of San Juan Capistrano at that time, and the previous park owner did not take action to mitigate the slopes as recommended.

A second overall evaluation of slopes in the park by LGC was performed on behalf of the City of San Juan Capistrano (LGC, 2002a). The geotechnical reconnaissance study did not involve additional subsurface investigation or stability analysis of data collected in the previous subsurface investigation by Petra (1998). The purpose of the limited evaluation by LGC was to suggest improvements for the poor slope conditions in the park by an un-quantified amount, to allay some fears of potential harm to inhabitants by addressing the worst areas. The suggested improvements were presented as a "next-best" option in comparison to major grading of interior and adjacent slopes, and they were not intended to bring the slopes to today's geotechnical standards. Additional subsurface investigation was recommended to allow the geotechnical consultant to search for potentially detrimental features that may impact proposed improvements. Once again no action was taken, and the park was subsequently sold to the current owners.

A recent subsurface investigation consisting of excavation and downhole logging of four, large diameter, bucket-auger borings up to approximately 115 feet below existing grade was performed by LGC to evaluate existing conditions and potential for ongoing failure of slopes within the park. Borings were sampled, downhole logged, and laboratory test data was collected for analysis of site conditions. Data from previous, generally shallower borings by others collected during investigations of adjacent sites was incorporated into the evaluation (References, Appendix A). The quantitative analysis of existing conditions presented below represents revisions and re-interpretations of geologic features for the site based on the recently obtained additional subsurface information.

## 2.0 GEOTECHNICAL CONDITIONS

### 2.1 Geologic Setting

The site is located on the southwestern border of the Peninsular Ranges at the southeastern-most portion of the Los Angeles Basin. Specifically, the site lies on the central portion of the central flank of the sedimentary basin known as the Capistrano Embayment. The embayment was in-filled with marine siltstone and clayey siltstone of the late Miocene to early Pliocene Capistrano Formation (approximately 5 to 15 million years old). This sedimentary unit, in excess of 3,000 feet thick near the center of the embayment, was uplifted, folded, and eroded in Pliocene and post-Pliocene times (approximately 2 to 3 million years ago) producing the low, rolling ridges observed today. More recently, the local geology has also been influenced by a rapid drop in sea-level. During a period of changing sea levels and wetter climate (approximately 25,000 years ago) significant landsliding occurred within the Capistrano Valley, including the Forster Canyon Landslide that encompasses the subject site.

Forster Canyon Landslide is one of the larger landslide complexes in Southern California. The landslide is believed to be approximately 20,000 years old, encompasses an approximately 300-acre area, and is more than 200 feet thick. It is partially buttressed at the toe by 200+ feet of alluvial soils deposited at the toe by San Juan Creek.

### 2.2 Earth Materials

The Capistrano Terrace Mobile Home Park is located on a portion of the large Forster Canyon Landslide, which is overlain in areas by isolated pockets of undocumented fill soils and colluvium. Capistrano Formation bedrock underlies the landslide complex. Typical onsite characteristics of these materials are described below from youngest to oldest.

#### 2.2.1 Undocumented Fill Soils (Map Symbol: Afo)

Undocumented fill soils were encountered to depths of up to approximately 13 feet below the ground surface by Petra (1998). These soils are believed to be derived from onsite materials and appear to have been poorly compacted and are considered potentially compressible. Limits of very shallow fills are not depicted on the geotechnical map.

#### 2.2.2 Colluvium (Map Symbol: Qcol)

Colluvial soils were observed in several locations on the onsite and adjacent slopes, up to approximately 30 feet thick. The materials are considered to be zones within the landslide deposits and are undifferentiated on the map. Limits of the material are depicted on cross sections for stability analyses purposes, however. These soils are generally thickened zones of topsoil and slopewash material derived from the landslide materials, consisting of silt, clay and minor

sand. Where observed, the colluvial soils were found to be very porous and desiccated and should be considered potentially compressible.

### 2.2.3   *Landslide Deposits (Map Symbols: Qls and Qols)*

Landslide deposits are grouped into two categories, landslide and older landslide. The overall complex of landslides is essentially the Forster Canyon Landslide, differentiated into intermediate landslides within the subject area. Typically, these materials consist of fractured and sheared siltstone, and poorly consolidated and potentially compressible soils. Landslide graben infill materials are labeled as colluvium on cross-sections.

### 2.2.4   *Capistrano Formation (Map Symbol: Tc)*

The Capistrano Formation underlies the site at a depth of over 200 feet below the ground surface (LGC, 2003a). Landslide block materials encountered on site are generally displaced materials of the Capistrano Formation. Generally the bedrock formation consists of silty claystone to clayey siltstone with some zones of fine sandy siltstone.

### 2.3   *Geotechnical Conditions by Slope Areas*

Overall geologic conditions have been interpreted for the site based on the recent subsurface investigation by LGC and review of available data. Limits of several existing intermediate landslide rupture surfaces within the encompassing Forster Canyon Landslide complex have been observed in the relatively deep borings excavated at key locations throughout the mobile home park. These features control the structural geology at the site and help constrain stability analyses. Specific features are discussed below relative to each slope area.

Slope areas have been identified on the geotechnical map, Plate 1, and numbered for reference. Shaded limits of slope areas indicate approximate headward limits of potential failures based on stability analysis and visual evaluation, and toe of slope limits are based on estimated runout of similar potential failures. Overall, shaded areas indicate estimated limits of most potential impact to existing improvements.

Note that several coaches and/or decks at the top of the slopes are partially cantilevered out over the slope, in some cases supported by large wooden beams. The stability of these deck and coach foundations was not addressed with this report.

**Slope Area 1 -** Slope Area 1 is the north-facing portion of the large slope located at the north end of the mobile home park, overlooking La Novia Avenue and its intersection with Valle Road (Plate 1). The slope in this area has inclination as steep as 1.5:1 (Horizontal: Vertical). Slopes steeper than 2:1 are considered oversteep and subject to occurrence of features that were observed along the entire slope including shallow

slumps, debris flows, erosion rills, piping due to water infiltration, and expansion cracks. The slope is essentially in its native state and lacking drainage control.

Three failures have recently occurred during the 2004-2005 rainy season, one below each of the Spaces 15, 18, and 20. A debris flow estimated to be several feet in depth occurred below the coach at Space 15, extending from the top of the slope to about half-way down the hill ascending above La Novia Avenue. Although it did not immediately undermine the coach, headward erosion of the feature would eventually become problematic. The feature has since been obscured with vegetation.

Two additional failures occurred on the slope at either side of an unauthorized stockpile placed at the top of the oversteep slope between Spaces 18 and 20 during August 2004, reviewed by LGC in the referenced letter (2004a). LGC recommended the stockpile be removed, however, no action was taken by those responsible for the stockpile. A landslide occurred below Space 18, adjacent to the stockpile, which was visually estimated to be up to approximately 15 feet deep. The slide created an approximately 10-foot high near-vertical exposure below the outer corner of the coach at Space 18, as discussed within the referenced geotechnical evaluation (LGC, 2005). A debris flow occurred below Space 20 that is estimated to extend several feet in depth, and a downdropped crack was observed to have formed behind the unauthorized stockpile between Spaces 18 and 20. It is unclear how deep the crack has and will extend into the slope. It is our understanding that the coaches at Spaces 18 and 20 were ultimately red-tagged by the building official due to these conditions.

Subsurface conditions for the slope are represented by Cross-Section 4-4' (Plate 2), as determined based on geologic structure observed in the recently excavated LGC-CT-3 and presented in borings by D. H. Evans (Shepardson, 1991) and Petra (1998). Controlling geologic features consist of intermediate shear planes, or backscarp rupture surfaces, within the outer portions of the slope, and the presence of a clay bed at depth. Slope stability analyses indicate a very low static factor of safety of approximately 1.0 to 1.1 for the most likely failure mode, given the geologic conditions. See stability section below.

**Slope Area 2** – As depicted on the Geotechnical Map (Plate 1) Slope Area 2 consists of the slopes that ascend above the paved parking lot for the laundry facility and the ascending slope east of the upper tier of coaches, on the adjacent San Juan Meadows property. Both slopes have retaining walls at the toe. The slopes in this area have variable inclination, between 1:1 (Horizontal: Vertical) and 2.1:1 (H:V). Areas of shallow slumps, debris flows, erosion rills, piping due to water infiltration, and expansion cracks are prevalent along both the upper and lower slopes.

As reviewed within the referenced report (LGC, 2004b) approximately thirty feet of the north end of the retaining wall located at the toe of the slope above the laundry facility recently toppled over. Portions of the remainder of the 3- to 4- foot-high retaining wall to the south of the failed area are currently tilted toward the parking lot. The wall appears to be lacking both horizontal and vertical rebar, a subdrain, and suitable backfill materials

(i.e. sandy soils). During recent rains, the slope above the failed portion of retaining wall continually deposited soil onto the pavement below.

The upper slope within Slope Area 2 ascends above the access road for the upper tier of coaches. The slope exists at an inclination as steep as 1:1 (H:V), with an approximately 5-foot high retaining wall at the toe. It appears that the lower portion of the native slope was cut during site grading to gain additional usable space for construction of the road. The slope has been subject to ongoing surficial failure during periods of rainfall, mostly impacting the slope across the road from Spaces 25 to 27B and the clubhouse. The retaining wall at the toe is structurally suspect based on observation of the similar, failed wall at the toe of slope for the laundry facility area. The wall is cracked and tilting in areas, and water was observed to flow from some cracks during periods of rainfall.

Overall stability for the area was analyzed based on geologic conditions characterized by Cross-Sections 2-2' and 3-3' (Plate 2). LGC's boring LGC-CT-1 (Appendix B) encountered two significant intermediate landslide shear planes, or backscarp rupture surfaces, that were projected onto cross-sections. Topographic expression of the major slopes throughout the north portion of the park reflects the structural features observed in the boring, supported by aerial photographic review. Poorly consolidated colluvial materials were observed at the top of the boring, within the graben infill zone of the landslide features. Slope stability analyses indicate the slopes possess static factors of safety as low as 1.02. See stability section below.

**Slope Area 3** – The third slope area consists of the slopes above and below the clubhouse located on the upper tier of the mobile home park. The slope below the clubhouse is one of the steeper slopes at the site, on the order of 1:1 (Horizontal: Vertical). As noted within previous evaluations of the park, this area is highly susceptible to failure and has been recommended as a priority for mitigation by both Petra (1998) and LGC (2002a). The slope area has experienced distress in several forms over the years, including ongoing occurrences of surficial failure, slumping, significant erosion and piping, and slope creep. Structures such as the clubhouse swimming pool and the retaining wall at the eastern perimeter of the mobile home park have cracked and tilted, respectively. Two small landslides occurred with the recent rains above the retaining wall behind the coaches at Spaces 36 and 37, which placed failed materials directly adjacent to the coaches. Slope creep and slumped soils continually threaten the coaches at the toe of the slope below the clubhouse (Spaces 98 and 99).

Overall stability for the slope area was analyzed based on geologic conditions characterized by Cross-Section 4-4'(Plate 2). LGC's borings LGC-CT-2 and LGC-CT-4 were excavated at the top and toe, respectively, of the interior slope adjacent to the clubhouse. A well-developed intermediate rupture surface, or backscarp, was observed in LGC-CT-2, and a series of clay-lined shear planes were observed at depth in LGC-CT-4. Topographic expression of the hillside ascending above the clubhouse, a part of the adjacent Meadows San Juan property, supports the presence of the rupture surface as shown on the geotechnical map, Plate 1. Slope stability analysis for the slope area indicates static factors of safety as low as1.16. See stability analysis section below.

**Slope Area 4** – Slope Area 4 consists of the slope ascending above the entrance road to the mobile home park and wrapping around the mid-level tier of coaches to the south-facing portion of the same slope, as shown on the geotechnical map (Plate 1). The slope is generally 1.5:1 (Horizontal: Vertical) inclination, and has been subject to numerous surficial failures over the years (Petra, 1998). Based on aerial photo review and previous topography, it appears that the existing grades were achieved by cuts of topographic highs, and related fill placement along the outer edges of the top of the slope. The area was not drilled by LGC in the recent subsurface investigation, however the geometry of the slope and existing material types presents a potential for failure as indicated by slope stability analysis. The slope possesses static factors of safety as low as 1.13. See stability analysis section below.

## 2.4   _Groundwater_

Groundwater was encountered at various elevations ranging between elevations of approximately 50 to 100 feet above mean sea level based on an ongoing groundwater study of the encompassing Forster Canyon Landslide (Fox/Roberts, 2004a, 2004b, 2004c), and based on conditions observed during the recent subsurface investigation. Groundwater levels will fluctuate during periods of high precipitation.

## 2.5   _Faulting_

California is located on the boundary between the Pacific and North American Lithospheric Plates. The average motion along this boundary is on the order of 50-mm/yr in a right-lateral sense. The majority of the motion is expressed at the surface along the northwest trending San Andreas Fault Zone with lesser amounts of motion accommodated by subparallel faults located predominantly west of the San Andreas including the San Jacinto, Elsinore, and Newport-Inglewood Faults

The subject site is not located within an Alquist-Priolo Earthquake Fault Zone and there are no known faults (active or potentially active) onsite. The possibility of damage due to ground rupture is considered low since active faults are not known to cross the site.

Secondary effects of seismic shaking resulting from large earthquakes on the major faults in the Southern California region which may affect the site, include ground lurching and shallow ground rupture, earthquake-induced landslides, soil liquefaction, dynamic settlement, seiches and tsunamis. These secondary effects of seismic shaking are a possibility throughout the Southern California region and are dependant on the distance between the site and causative fault and the onsite geology. The major active faults that could produce these secondary effects include the Newport-Inglewood, San Joaquin Blind Thrust, Coronado Bank, Elsinore, Palos Verdes, and San Andreas Faults. A discussion of these secondary effects is provided in the following sections.

### 2.5.1    _Lurching and Shallow Ground Rupture_

Soil lurching refers to the rolling motion on the ground surface by the passage of seismic surface waves. Effects of this nature are not likely to be significant where the thickness of soft sediments do not vary appreciably under structures.

Ground rupture due to active faulting is not likely to occur on site due to the absence of known active fault traces. Cracking due to shaking from distant seismic events is not considered a significant hazard, although it is a possibility at any site.

### 2.5.2    _Earthquake-Induced Landslides_

Based on review of the State of California Seismic Hazard Zone Map for the Dana Point Quadrangle, the site is located within a zone with potential for earthquake induced landslides. Earthquake-induced landslides are potential failures of on-site slopes during a significant earthquake event. According to the Guidelines for Evaluation and Mitigation of Seismic Hazards in California, Special Publication 117 (DMG, 1997), slopes which have an appropriately calculated minimum pseudo-static factor of safety of 1.1 can be considered stable. In general, if the pseudo-static factors of safety are less than 1.1, additional analysis is required to estimate magnitude of slope displacement and mitigation measures may be required depending on the magnitude of estimated displacements.

Pseudo-static slope stability analysis for the subject site indicates that the site is subject to the occurrence of earthquake-induced landslides. Calculated values for several sections were below 1.1, and typically below 1.0 (equilibrium conditions).

### 2.5.3    _Liquefaction and Dynamic Settlement_

Liquefaction and liquefaction-induced dynamic settlement of soils can be caused by strong vibratory motion due to earthquakes. Liquefaction is typified by a build-up of pore-water pressure in the affected soil layer to a point where a total loss of shear strength occurs, causing the soil to flow as a liquid. Liquefaction and dynamic settlement primarily occur in loose, saturated, granular soils while cohesive soils such as silty clays and clays are generally not considered susceptible to soil liquefaction. The effect of liquefaction may be manifested at the ground surface by rapid settlement and/or sand boils.

Liquefaction is not considered a significant concern at the site due to the fine-grained, cohesive nature of onsite soils and the lack of a shallow ground water table. The site is not located within a Seismic Hazard Zone for liquefaction.

### 2.5.4    _Tsunamis and Seiches_

Based on the elevation of the proposed development at the site with respect to sea level, the possibility of seiches and/or tsunamis is considered to be low.

## 2.6    *Seismicity*

The main seismic parameters to be considered when discussing the potential for earthquake-induced damage onsite are the distances to the causative faults, earthquake magnitudes, and expected ground accelerations. We have updated previously performed site-specific analysis based on these seismic parameters for the site and the onsite geologic conditions (LGC, 2002a).

From a probabilistic standpoint, the design basis earthquake (defined as a 10 percent probability of exceedance in 50 years per the 1997 U.B.C./2001 C.B.C.) could produce an estimated peak horizontal ground acceleration of 0.31g at the site. Refer to Appendix D.

## 2.7    *Seismic Design Criteria*

The soil parameters in accordance with the 1997 UBC and the 2001 California Building Code (Section 1636) are as follows:

Soil Profile Type (Table 16-J) = $S_D$
Seismic Zone (Figure 16-2) = 4
Seismic Source Type (Table 16-U) = B
Na = 1.0
Nv = 1.09

## 2.8    *Laboratory Testing*

Representative bulk and driven samples from our recent field investigation were retained for laboratory testing. Laboratory testing included in-situ moisture content and in-situ density, maximum dry density and optimum moisture content (laboratory compaction), and direct shear.

Two direct shear tests (one driven sample and one remolded to 90 percent relative compaction) were performed on samples obtained from LGC-CT-2. The test result plots are provided in Appendix C.

A discussion of the laboratory tests performed and a summary of the results are presented in Appendix C. Moisture content and dry density test results are presented on the boring logs in Appendix B. Previous laboratory test results obtained by Petra (1998) are included in Appendix C.

**2.9**    *Soil Shear Strength Parameters*

The soil shear strengths for the earth materials were determined based on previously published shear strength results, laboratory test results, our previous experience with the Capistrano Formation and derived units, and engineering judgment. Table 1 summarizes the shear strength parameters utilized in this analysis.

### TABLE 1

### Static Shear Strength Parameters

|  | $\phi$ (Degrees) | Cohesion (psf) |
|---|---|---|
| Basal Rupture Surface | 8 | 100 |
| Compacted Fill (Af) | 26 | 300 |
| Landslide Material (Qls) | 22 | 250 |
| Along Undisturbed Clay Beds | 12 | 100 |
| Landslide Backscarp | 18 | 200 |
| Colluvium (Qcol) | 20 | 200 |
| Capistrano Formation (Tc) | 28 | 700 |

**2.10**    *Slope Stability Analysis*

Slope stability analysis was performed on geotechnical Cross-Sections 1-1' through 5-5' positioned throughout the site. Slope stability analysis was performed using the computer program GSTABL7 with STEDwin version 2.002 for static and pseudo-static loading conditions. Potential rotational failure modes were analyzed using Bishop's Modified Method and block failures using Janbu's Simplified Method. Pseudo-static slope stability was performed using a seismic coefficient of 0.15g. Soil shear strength values were not increased for the pseudo-static analysis.

Slope stability analysis for existing conditions indicated static factors of safety ranging from approximately 1.0 (Cross Section 2-2') to approximately 1.2. In general, a minimum static factor of safety of 1.5 is required for permanent conditions. Slope stability analysis for pseudo-static (seismic) conditions indicated factors of safety less than 1.0. A minimum pseudo-static factor of safety of 1.1 is generally required for permanent conditions in accordance with today's standard for new developments.

### *TABLE 2*

#### *Summary of Slope Stability Analysis*

| Cross-Section | Static F.S. | Seismic F.S. | Description |
|---|---|---|---|
| 1-1' | 1.16 | 0.83 | Block |
| 1-1' | 1.23 | 0.88 | Rotational |
| 2-2' | 1.02 | 0.77 | Rotational –Upper Slope |
| 2-2' | 1.09 | 0.83 | Rotational –Lower Slope |
| 2-2' | 1.11 | 0.84 | Block – Lower Slope |
| 3-3' | 1.22 | 0.86 | Along Clay Bed |
| 3-3' | 1.24 | 0.91 | Rotational |
| 4-4' | 1.13 | 0.83 | Block |
| 4-4' | 1.24 | 0.92 | Rotational |
| 5-5' | 1.12 | 0.88 | Rotational |

It should be noted that slope stability analysis was limited to the subject slopes and was not performed for the deep Forster Canyon Landslide (FCL) underlying the site.   Slope stability analysis is provided in Appendix D.

### 3.0 *CONCLUSIONS*

Most of the slopes have been graded (or left natural) at steep inclinations, generally on the order of 1.5:1 (Horizontal:Vertical) with some localized areas as steep as 0.3:1(H:V). The materials comprising these slopes are unsuitable for these inclinations, and they are prone to variable levels of failure. Multiple surficial slope failures and small landslides have occurred at the site. In addition, signs of distress are common within the development including: failed and damaged retaining walls, cracked pavement, and distressed decks. These types of nuisance problems and potentially larger slope failures will likely continue to occur if not properly mitigated.

The following is a summary of the geotechnical factors, which may affect the future of the park:

- Slope stability analysis for the park's interior and adjacent slopes indicates static factors of safety ranging from approximately 1.0 to 1.2 for analyzed conditions, significantly less than 1.5. Potential slope movement within the park may have a significant impact on residents.

- The site is located within a State of California Seismic Hazard Zone for earthquake-induce landslides. Pseudo-static slope stability indicates factors of safety less than 1.0, indicating potential deformation during a seismic event. Estimations of seismic slope displacements based on the design-basis earthquake were not performed.

- The main seismic hazard that may affect the site is ground shaking from one of the active regional faults. The estimated bedrock acceleration on the site due to the design basis earthquake (10 percent probability of exceedance in 50 years) is estimated to be 0.31g.

- Due to the fine-grained nature of on-site soils and lack of a shallow groundwater table, the potential for liquefaction is considered very low. The site is not located within a California Hazard Zone for liquefaction potential

## 4.0 RECOMMENDATIONS

In order to avoid ongoing problems with the interior and adjacent ascending slopes within the Capistrano Terraces Mobile Home Park, we recommend the slopes be graded to today's standards and appropriate drainage be provided throughout the area.   A grading plan review should be performed by a qualified geotechnical consultant once a plan for mitigation is conceived. Any future mitigative earthwork for the mobile home park should be performed in accordance the specifications of the California Building Code, specifications of local agencies, and the recommendations of a qualified geotechnical consultant.

## 5.0 *LIMITATIONS*

Our services were performed using the degree of care and skill ordinarily exercised, under similar circumstances, by reputable soils engineers and geologists practicing in this or similar localities. No other warranty, expressed or implied, is made as to the conclusions and professional advice included in this report.

This report is based on data obtained from limited observations of the site, which have been extrapolated to characterize the site. While the scope of services performed is considered suitable to adequately characterize the site geotechnical conditions relative to the proposed development, no practical investigation can completely eliminate uncertainty regarding the anticipated geotechnical conditions in connection with a subject site.  Variations may exist and conditions not observed or described in this report may be encountered during construction.

This report is issued with the understanding that it is the responsibility of the owner, or of his/her representative, to ensure that the information and recommendations contained herein are brought to the attention of the other consultants and incorporated into the plans. The contractor should properly implement the recommendations during construction and notify the owner if they consider any of the recommendations presented herein to be unsafe, or unsuitable.

The findings of this report are valid as of the present date. However, changes in the conditions of a site can and do occur with the passage of time, whether they be due to natural processes or the works of man on this or adjacent properties. The findings, conclusions, and recommendations presented in this report can be relied upon only if LGC has the opportunity to observe the subsurface conditions during grading and construction of the project, in order to confirm that our preliminary findings are representative for the site. This report is intended exclusively for use by the client, any use of or reliance on this report by a third party shall be at such party's sole risk.

In addition, changes in applicable or appropriate standards may occur, whether they result from legislation or the broadening of knowledge. Accordingly, the findings of this report may be invalidated wholly or partially by changes outside our control. Therefore, this report is subject to review and modification.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# Central DIVISION

In re *Capistrano Terrace, Ltd., a California*
   *Limited Partnership*
      *fka Advanced Group 03-79, a California limit*
_____ ,
                           Debtor(s)

Case No.

Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>*Myron C. Sukut Trust*<br>*4010 W. Chandler Ave.*<br>*Santa Ana CA  92704* | Phone:<br>*Myron C. Sukut Trust*<br>*4010 W. Chandler Ave.*<br>*Santa Ana CA  92704* | *Third Trust Deed* | | $ 3,083,881.30<br><br>(Value of security believed to be $0.00) |
| 2<br>*The Sukut Family Trust*<br>*4010 W. Chandler Ave*<br>*Santa Ana CA  92704* | Phone:<br>*The Sukut Family Trust*<br>*4010 W. Chandler Ave*<br>*Santa Ana CA  92704* | *Second Trust Deed Holder* | | $ 520,992.84<br>(Value of security believed to be $0.00) |
| 3<br>*Hart King & Coldren*<br>*200 Sandpointe*<br>*4th Floor*<br>*Santa Ana CA  92707* | Phone:<br>*Hart King & Coldren*<br>*200 Dandpointe*<br>*4th Floor*<br>*Santa Ana CA  92707* | *Legal Services* | | $ 70,000.00 |
| 4<br>*City of San Juan Capistrano*<br>*32400 Paseo Adelanto*<br>*San Juan Capistr CA  92675* | Phone:<br>*City of San Juan Capistrano*<br>*32400 Paseo Adelanto*<br>*San Juan Capistr CA  92675* | Administrative Fee | | $ 7,548.00 |
| 5<br>*Advanced Payroll Solutions*<br>*23792 Rockfield Blvd.*<br>*Suite 100*<br>*Lake Forest CA  92630* | Phone:<br>*Advanced Payroll Solutions*<br>*23792 Rockfield Blvd.*<br>*Suite 100*<br>*Lake Forest CA  92630* | *Monthly Payroll* | | $ 6,093.58 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana CA  92799-5111 | Phone:<br>San Diego Gas & Electric<br>P.O. Box 25111<br>Santa Ana CA  92799-5111 | Utilities | | $ 5,410.00 |
| 7<br>Advanced Management Company<br>23792 Rockfield Blvd.<br>Suite 100<br>Lake Forest CA  92630 | Phone:<br>Advanced Management Company<br>23792 Rockfield Blvd.<br>Suite 100<br>Lake Forest CA  92630 | Monthly Management Fee | | $ 4,500.00 |
| 8<br>Vista Landscape<br>17130 Van Buren<br>Suite 61<br>Riverside CA  92504 | Phone:<br>Vista Landscape<br>17130 Van Buren<br>Suite 61<br>Riverside CA  92504 | Vendor | | $ 3,665.00 |
| 9<br>Twenty First Century Sweeping<br>P.O. Box 80061<br>Rancho Santa Mar CA  92688 | Phone:<br>Twenty First Century Sweeping<br>P.O. Box 80061<br>Rancho Santa Mar CA  92688 | Vendor | | $ 486.00 |
| 10<br>Fame Floor Covering Inc.<br>4310 San Fernando Road<br>San Diego CA  92104 | Phone:<br>Fame Floor Covering Inc.<br>4310 San Fernando Road<br>San Diego CA  92104 | Vendor | D | $ 300.00 |
| 11<br>J & SJ Contractors, Inc.<br>P.O. Box 18238<br>Anaheim CA  92817 | Phone:<br>J & SJ Contractors, Inc.<br>P.O. Box 18238<br>Anaheim CA  92817 | Vendor | | $ 300.00 |
| 12<br>Home Depot<br>P.O. Box 6031<br>The Lakes NV  88901-6006 | Phone:<br>Home Depot<br>P.O. Box 6031<br>The Lakes NV  88901-6006 | Vendor | | $ 233.37 |
| 13<br>Denaults Hardware Home Centers<br>31862 Del Obispo<br>San Juan Capistr CA  92675 | Phone:<br>Denaults Hardware Home Centers<br>31862 Del Obispo<br>San Juan Capistr CA  92675 | Vendor | | $ 207.37 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 14<br>*APT Personal Staffing*<br>*39018 Treasury Center*<br>*Chicago IL  60694* | Phone:<br>*APT Personal Staffing*<br>*39018 Treasury Center*<br>*Chicago IL  60694* | *Vendor* | | | $ 68.67 |
| 15<br>*Cintas 640*<br>*15541 Mosher Avenue*<br>*Tustin CA  92780* | Phone:<br>*Cintas 640*<br>*15541 Mosher Avenue*<br>*Tustin CA  92780* | *Vendor* | | | $ 25.00 |
| 16<br>*Alfed Perez*<br>*23802 Valle Road*<br>*No. 15*<br>*San Juan Capistr CA  92675* | Phone:<br>*Alfed Perez*<br>*23802 Valle Road*<br>*No. 15*<br>*San Juan Capistr CA  92675* | Tenant | C<br>U<br>D | $  Unknown |
| 17<br>*Alejandro Granados*<br>*32802 Valle Road*<br>*No. 71*<br>*San Juan Capistr CA  92675* | Phone:<br>*Alejandro Granados*<br>*32802 Valle Road*<br>*No. 71*<br>*San Juan Capistr CA  92675* | Tenant | C<br>U<br>D | $  Unknown |
| 18<br>*Kelly Ann Trahan*<br>*32802 Valle Road*<br>*No. 54*<br>*San Juan Capistr CA  92675* | Phone:<br>*Kelly Ann Trahan*<br>*32802 Valle Road*<br>*No. 54*<br>*San Juan Capistr CA  92675* | Tenant | C<br>U<br>D | $  Unknown |
| 19<br>*Adam Guerin*<br>*32802 Valle Road*<br>*No. 147*<br>*San Juan Capistr CA  92675* | Phone:<br>*Adam Guerin*<br>*32802 Valle Road*<br>*No. 147*<br>*San Juan Capistr CA  92675* | Tenant | C<br>U<br>D | $  Unknown |
| 20<br>*Alan Collard*<br>*32802 Valle Road*<br>*No. 29*<br>*San Juan Capistr CA  92675* | Phone:<br>*Alan Collard*<br>*32802 Valle Road*<br>*No. 29*<br>*San Juan Capistr CA  92675* | Tenant | C<br>U<br>D | $  Unknown |

**B4 (Official Form 4) (12/07)**

Capistrano Terrace, Ltd.
_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A PARTNERSHIP

I, *Ray Poulter* _____ ,
President of the
General Partner of the Capistrano Terrace, Ltd. named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date:   7/11/11 _____      Signature   /s/ Ray Poulter _____

Name:   *Ray Poulter*

Title:   President of General Partner

Verification of Creditor Mailing List - (Rev. 10/05)

2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Rule 1007-2(d)

Name *D. Edward Hays*

Address *870 Roosevelt Avenue Irvine, CA 92620*

Telephone *949.333.7777*

[X]   Attorney for Debtor(s)
[ ]   Debtor In Pro Per

<table>
<tr><td colspan="2">

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
</td></tr>
<tr><td>

List all names including trade names, used by Debtor(s) within last 8 years:

*In re Capistrano Terrace, Ltd., a California* limited partnership,
f/k/a *Advanced Group 03-79, a California limi*ted partnership
</td><td>

Case No.

Chapter *11*
</td></tr>
</table>

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __33__ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: *07/07/2011*

/s/ Ray Poulter

Debtor:   Capistrano Terrace, Ltd.
By: Ray Poulter, President of General Partner

Joint Debtor:

Capistrano Terrace Ltd
23792 Rockfield
Suite 100
Lake Forest, CA 92630


D Edward Hays
870 Roosevelt Avenue
Irvine, CA 92620


Office of the U S Trustee
411 W Fourth Street
Suite 9041
Santa Ana, CA 92701

Access Electrical and Lighting
25108 Marguerite Parkway Suite B
Mission Viejo, CA  92692


Adam Guerin
32802 Valle Road 147
San Juan Capistrano, CA  92675


Advanced Management Company
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Advanced Payroll Solutions Inc.
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


AG 03 79 Inc
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Alamar Trust udt dated 08 04 06
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Alan Collard
32802 Valle Road 29
San Juan Capistrano, CA  92675


Alejandro Granados
32802 Valle Road 71
San Juan Capistrano, CA  92675

Alfed Perez
32802 Valle Road 15
San Juan Capistrano, CA  92675


Alfredo Zamora
32802 Valle Road 122
San Juan Capistrano, CA  92675


Amended and Restated South State Trust
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


American Jetting Services
PO Box 1699
Ontario, CA  91762


Amie Julian
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Angel Araiza
32802 Valle Road 4
San Juan Capistrano, CA  92675


Angel Villamil
32802 Valle Road 104
San Juan Capistrano, CA  92675


Angela Giesbrecht
32802 Valle Road 24
San Juan Capistrano, CA  92675

Annette Stark
32802 Valle Road 79
San Juan Capistrano, CA  92675

Anthony Pacheco
32802 Valle Road 28
San Juan Capistrano, CA  92675

Antonia Zamarripa
32802 Valle Road 32
San Juan Capistrano, CA  92675

APT Personal Staffing
39018 Treasury Center
Chicago, IL  60694

Areleys Cabrera
32802 Valle Road 39
San Juan Capistrano, CA  92675

Ascencio Gonzalez
32802 Valle Road 10
San Juan Capistrano, CA  92675

Payment Center
AT&T
Sacramento, CA  95887

Ayelech Smith
32804 Valle Road 50
San Juan Capistrano, CA  92675

Barbara Vaughan
32802 Valle Road 123
San Juan Capistrano, CA  92675


Betty Cletcher
32802 Valle Road 112
San Juan Capistrano, CA  92675


Great American Business
BFT Inc
P O Box 4422
Houston, TX  77210


Breck Nott
32802 Valle Road 133
San Juan Capistrano, CA  92675


Brenda Lucas
32802 Valle Road 127
San Juan Capistrano, CA  92675


Brian Nott
32802 Valle Road 133
San Juan Capistrano, CA  92675


Carl Sims
32802 Valle Road 44
San Juan Capistrano, CA  92675


Carlos Granados
32802 Valle Road 71
San Juan Capistrano, CA  92675

Celia Garcia
32802 Valle Road 114
San Juan Capistrano, CA  92675


Chandler Properties
4010 West Chandler Avenue
Santa Ana, CA  92704


Channel Islands Trust
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Charles Penkova
32802 Valle Road 78
San Juan Capistrano, CA  92675


Chase Litalien
32802 Valle Road 61
San Juan Capistrano, CA  92675


Chris Whynaught
32802 Valle Road 88
San Juan Capistrano, CA  92675


Christian Esparza
32802 Valle Road 43
San Juan Capistrano, CA  92675


Christine Salini
32802 Valle Road 46
San Juan Capistrano, CA  92675

Christopher Everly
32802 Valle Road 86
San Juan Capistrano, CA  92675


Christopher Maslow
32802 Valle Road 8
San Juan Capistrano, CA  92675


Cintas 640
15541 Mosher Ave.
Tustin, CA  92780


City of San Juan Capistrano
32400 Paseo Adelanto
San Juan Capistrano, CA  92675


Clifford Hollaway
32802 Valle Road 63
San Juan Capistrano, CA  92675


A Don Erickson Inc
Coast Appliance Parts
2606 Lee Avenue
South El Monte, CA  91733


Sealer of Weights and Measures
County of Orange
222 East Bristol Lane
Orange, CA  92865


CR & R
P O Box 206
Stanton, CA  90680

Cruz Maximo
32802 Valle Road 42
San Juan Capistrano, CA  92675


Cruz Priego
32802 Valle Road 128
San Juan Capistrano, CA  92675


Custom Country
PO Box 2475
Mission Viejo, CA  92690


Dale Neuman
32802 Valle Road 143
San Juan Capistrano, CA  92675


Dale Vaughan
32802 Valle Road 123
San Juan Capistrano, CA  92675


Daniel Hailemariam
32802 Valle Road 5
San Juan Capistrano, CA  92675


David Stewart
32802 Valle Road 1
San Juan Capistrano, CA  92675


David Trahan
32802 Valle Road 54
San Juan Capistrano, CA  92675

David Zimmerle
32802 Valle Road 107
San Juan Capistrano, CA  92675


Dawna Smith
32802 Valle Road 151
San Juan Capistrano, CA  92675


Deidre Dupre
32802 Valle Road 121
San Juan Capistrano, CA  92675


Dennis Carver
So Cal Jetting
P O Box 6732
Corona, CA  92878


Denualts Hardware Home Centers 1
31862 Del Obispo
San Juan Capistrano, CA  92675


DEP Insurance Services
419 Main Street 414
Huntington Beach, CA  92648


Dionicio Morales
32802 Valle Road 4
San Juan Capistrano, CA  92675


Domingo Lagunas
32802 Valle Road 6
San Juan Capistrano, CA  92675

Donna Orr
32802 Valle Road 72
San Juan Capistrano, CA  92675


Dorothy Torney
32802 Valle Road 59
San Juan Capistrano, CA  92675


Douglas Condon
32802 Valle Road 138
San Juan Capistrano, CA  92675


Douglas Smith
32802 Valle Road 67
San Juan Capistrano, CA  92675


DTSC
P O Box 806
Sacramento, CA  95812


Duff Wilmoth
32802 Valle Road 111
San Juan Capistrano, CA  92675


Eduardo Contreras
32802 Valle Road 58
San Juan Capistrano, CA  92675


Edward Par
32802 Valle Road 119
San Juan Capistrano, CA  92675

Edwin Kredel
32802 Valle Road 153
San Juan Capistrano, CA  92675

Elena Rendon
32802 Valle Road 37
San Juan Capistrano, CA  92675

Emmanuel Lagunas
32802 Valle Road 6
San Juan Capistrano, CA  92675

Endeman Lincoln Turek and Heater LLP
600 B Street Suite 2400
San Diego, CA  92101-4582

Enrique Faran
32802 Valle Road 115
San Juan Capistrano, CA  92675

Enrique Munoz
32802 Valle Road 81
San Juan Capistrano, CA  92675

Estelle Knight
32802 Valle Road 35
San Juan Capistrano, CA  92675

Fabiola Garcia
32802 Valle Road 96
San Juan Capistrano, CA  92675

Fame Floor Covering Inc
4310 San Fernando Road
Glendale, CA  92104


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA  95812-2952


Francisco Aguilar
32802 Valle Road 49
San Juan Capistrano, CA  92675


Francisco Gallardo
32802 Valle Road 68
San Juan Capistrano, CA  92675


Francisco Garcia
32802 Valle Road 115
San Juan Capistrano, CA  92675


Francisco Mendoza
32802 Valle Road 48
San Juan Capistrano, CA  92675


Frank Uddo
32802 Valle Road 148
San Juan Capistrano, CA  92675


Gabriela Montes
32802 Valle Road. 55
San Juan Capistrano, CA  92675

Gerald Bunnell
32802 Valle Road 11
San Juan Capistrano, CA  92675


German Cerrudo
32802 Valle Road 132
San Juan Capistrano, CA  92675


Gilberto Aguirre
32802 Valle Road 117
San Juan Capistrano, CA  92675


Guadalupe Baeza
32802 Valle Road 58
San Juan Capistrano, CA  92675


Guillermin Garcia
32802 Valle Road 96
San Juan Capistrano, CA  92675


Hampton Tedder Electric Co Inc
P O Box 2128
Montclair, CA  91763


Harold Pridgin
32802 Valle Road 76
San Juan Capistrano, CA  92675


Hart King and Coldren
200 Sandpointe 4th Floor
Santa Ana, CA  92707

HD Supply Facilities Maint. LTD..
PO Box 509058
San Diego, CA  92150


Home Depot
P O Box 6031
The Lakes, NV  88901


Housing and Community Development
P O Box 1979
Sacramento, CA  95812


Igor Spector
32802 Valle Road 51
San Juan Capistrano, CA  92675


Attn: Cookout Coordinator
IN N OUT Burger
13502 Hamburger Lane
Baldwin Park, CA  91706


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Isreal Garcia
32802 Valle Road 87
San Juan Capistrano, CA  92675


ISTA
3655 Northpoint Parkway Suite 150
Alpharetta, GA  30005

J and SJ Environmental
J and SJ Contractors Inc
P O Box 18238
Anaheim, CA  92817


James Barro
32802 Valle Road 22
San Juan Capistrano, CA  92675


James Harris
32802 Valle Road 56
San Juan Capistrano, CA  92675


James Nanzig
32802 Valle Road 17
San Juan Capistrano, CA  92675


James Sumner
32802 Valle Road 116
San Juan Capistrano, CA  92675


Janice Thomson
32802 Valle Road 75
San Juan Capistrano, CA  92675


Jason Pridgin
32802 Valle Road 146
San Juan Capistrano, CA  92675


Javier Villamil
32802 Valle Road 125
San Juan Capistrano, CA  92675

Jean Parman
32802 Valle Road 144
San Juan Capistrano, CA  92675


Jerry Moody
32802 Valle Road 14
San Juan Capistrano, CA  92675


Jess Lopez
32802 Valle Road 106
San Juan Capistrano, CA  92675


Jesse Bonelli
32802 Valle Road 152
San Juan Capistrano, CA  92675


Jim Saffie
32802 Valle Road 126
San Juan Capistrano, CA  92675


Jim Vance
32802 Valle Road 141
San Juan Capistrano, CA  92675


Jimmy Lee Gregory
32802 Valle Road 150
San Juan Capistrano, CA  92675


Joaquin Bahena
32802 Valle Road 9
San Juan Capistrano, CA  92675

Joaquin Zamarripa
32802 Valle Road. 55
San Juan Capistrano, CA  92675


John Maslow
32802 Valle Road 8
San Juan Capistrano, CA  92675


John Penkova
32802 Valle Road 78
San Juan Capistrano, CA  92675


Jose Garces
32802 Valle Road 57
San Juan Capistrano, CA  92675


Jose Mendoza
32802 Valle Road 62
San Juan Capistrano, CA  92675


Jose Silva
32802 Valle Road 89
San Juan Capistrano, CA  92675


Jose Zamarripa
32802 Valle Road 32
San Juan Capistrano, CA  92675


Jose Zamarripa
32802 Valle Road 36
San Juan Capistrano, CA  92675

Joseph Alexander
32802 Valle Road 97
San Juan Capistrano, CA  92675


Joseph Lukaszka
32802 Valle Road 90
San Juan Capistrano, CA  92675


Joseph Seper
32802 Valle Road 92
San Juan Capistrano, CA  92675


Joseph Smith
32802 Valle Road 50
San Juan Capistrano, CA  92675


Juan Baeza
32802 Valle Road 65
San Juan Capistrano, CA  92675


Juana Hernandez
32802 Valle Road 64
San Juan Capistrano, CA  92675


Julian Velazquez
32802 Valle Road 136
San Juan Capistrano, CA  92675


Julie Sims
32802 Valle Road 44
San Juan Capistrano, CA  92675

Karen Penkova
32802 Valle Road 78
San Juan Capistrano, CA  92675


Kathleen Miller
32802 Valle Road 38
San Juan Capistrano, CA  92675


Kathy Thacher
32802 Valle Road 152
San Juan Capistrano, CA  92675


Kelly Ann Trahan
32802 Valle Road 54
San Juan Capistrano, CA  92675


Kelly Hanson
32802 Valle Road 126
San Juan Capistrano, CA  92675


Ken Long (Estate of)
32802 Valle Road 012A
San Juan Capistrano, CA  92675


Kenneth Rice
32802 Valle Road 100
San Juan Capistrano, CA  92675


Kevin Manning
32802 Valle Road 93
San Juan Capistrano, CA  92675

Kimberly King
32802 Valle Road 33
San Juan Capistrano, CA  92675


Laura Pacheco
32802 Valle Road 28
San Juan Capistrano, CA  92675


Laurie Junio
32802 Valle Road 30
San Juan Capistrano, CA  92675


Leon Peters
32802 Valle Road 40
San Juan Capistrano, CA  92675


Leticia Nava
32802 Valle Road 60
San Juan Capistrano, CA  92675


Linda Hollaway
32802 Valle Road 63
San Juan Capistrano, CA  92675


Lindon Farmer
32802 Valle Road 027B
San Juan Capistrano, CA  92675


Lisa Poggio
32802 Valle Road 23
San Juan Capistrano, CA  92675

Lucilia Florentino
32802 Valle Road 114
San Juan Capistrano, CA  92675


Luis Barrera
32802 Valle Road 94
San Juan Capistrano, CA  92675


Luis Isas
32802 Valle Road 137
San Juan Capistrano, CA  92675


Luis Rendon
32802 Valle Road 37
San Juan Capistrano, CA  92675


Luis Zermeno
32802 Valle Road 155
San Juan Capistrano, CA  92675


Ma. Felix Calderon-Corral
32802 Valle Road 104
San Juan Capistrano, CA  92675


Magali Velasquez
32802 Valle Road 120
San Juan Capistrano, CA  92675


Manuel Gonzalez
32802 Valle Road 155
San Juan Capistrano, CA  92675

Mara Shanahan
32802 Valle Road 113
San Juan Capistrano, CA  92675


Marcelino Zamarripa
32802 Valle Road 36
San Juan Capistrano, CA  92675


Margaret Hinman
32802 Valle Road 95
San Juan Capistrano, CA  92675


Maria Aguilar
32802 Valle Road 49
San Juan Capistrano, CA  92675


Maria Gonzalez
32802 Valle Road 155
San Juan Capistrano, CA  92675


Maria Macedo
32802 Valle Road 145
San Juan Capistrano, CA  92675


Maria Pridgin
32802 Valle Road 146
San Juan Capistrano, CA  92675


Maria Villanuva
32802 Valle Road 74
San Juan Capistrano, CA  92675

Mariano Ceja
32802 Valle Road 82
San Juan Capistrano, CA  92675


Marilla Hamor
32802 Valle Road 149
San Juan Capistrano, CA  92675


Marise Litalien
32802 Valle Road 61
San Juan Capistrano, CA  92675


Mark Blanda
32802 Valle Road 91
San Juan Capistrano, CA  92675


Mark Gray
32802 Valle Road 012A
San Juan Capistrano, CA  92675


Mark Mongey
32802 Valle Road 98
San Juan Capistrano, CA  92675


Mark Strempek
32802 Valle Road 52
San Juan Capistrano, CA  92675


Martha Garces
32802 Valle Road 57
San Juan Capistrano, CA  92675

Mary Bell
32802 Valle Road 135
San Juan Capistrano, CA  92675


Mary Jo Holloway
32802 Valle Road 154
San Juan Capistrano, CA  92675


Matthew Giesbrecht
32802 Valle Road 24
San Juan Capistrano, CA  92675


Michael Kelly
32802 Valle Road 16
San Juan Capistrano, CA  92675


Michael Maassen
32802 Valle Road 7
San Juan Capistrano, CA  92675


Michael Randolph
32802 Valle Road 25
San Juan Capistrano, CA  92675


Michelle Kelly
32802 Valle Road 16
San Juan Capistrano, CA  92675


Michelle Stafford
32802 Valle Road 140
San Juan Capistrano, CA  92675

Rey Insurance Services
Mid Century Insurance Co
27130 Paseo Espada Suite B523
San Juan Capistrano, CA  92675


Modesta Mendoza
32802 Valle Road 62
San Juan Capistrano, CA  92675


Myron C Sukut Trust UDT Oct 14 1986
4010 W Chandler Avenue
Santa Ana, CA  92704


Nancy Neal
32802 Valle Road 45
San Juan Capistrano, CA  92675


Nicholas Julian
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Noami Ortiz
32802 Valle Road 124
San Juan Capistrano, CA  92675


Noe Gonzalez
32802 Valle Road 10
San Juan Capistrano, CA  92675


Orange County Tax Collector
P O Box 1438
Santa Ana, CA  92702

Oscar Pinzon
32802 Valle Road 124
San Juan Capistrano, CA  92675


Pacific States Utility Company
3160 East La Palma Ste B
Anaheim, CA  92806


Paul Gregory Julian and Angelique Julian
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Pedro Hernandez
32802 Valle Road 64
San Juan Capistrano, CA  92675


Pedro Villamil
32802 Valle Road 104
San Juan Capistrano, CA  92675


Phillip Dawson
32802 Valle Road 142
San Juan Capistrano, CA  92675


Portirio Diaz
32802 Valle Road 6
San Juan Capistrano, CA  92675


Poulter Family Trust
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630

Princess Gardner
32802 Valle Road 127
San Juan Capistrano, CA  92675


R3 Construction Services
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Ramon Valdez
32802 Valle Road 134
San Juan Capistrano, CA  92675


Ramona Runkell
32802 Valle Road 103
San Juan Capistrano, CA  92675


Ramsey Najor
32802 Valle Road 69
San Juan Capistrano, CA  92675


Rebecca Diaz
32802 Valle Road 82
San Juan Capistrano, CA  92675


Rebecca Thompson
32802 Valle Road 85
San Juan Capistrano, CA  92675


Rene Ceja
32802 Valle Road 82
San Juan Capistrano, CA  92675

RGS Services Inc
1156 North Grove Street
Anaheim, CA  92806


Richard Fenske
32802 Valle Road 53
San Juan Capistrano, CA  92675


Richard Unfried
32802 Valle Road 12
San Juan Capistrano, CA  92675


Robert Leffler
32802 Valle Road 109
San Juan Capistrano, CA  92675


Roberta Malcho
32802 Valle Road 156
San Juan Capistrano, CA  92675


Robin Dawson
32802 Valle Road 142
San Juan Capistrano, CA  92675


Rocio Torres
32802 Valle Road 48
San Juan Capistrano, CA  92675


Rodolfo Reyes
32802 Valle Road 130
San Juan Capistrano, CA  92675

Rosalio Garcia
32802 Valle Road 118
San Juan Capistrano, CA  92675


Rosaura Zamarripa
32802 Valle Road 36
San Juan Capistrano, CA  92675


Ruston Calisch
32802 Valle Road 26
San Juan Capistrano, CA  92675


Sally Garibaldi
32802 Valle Road 34
San Juan Capistrano, CA  92675


Salvador Garcia
32802 Valle Road 60
San Juan Capistrano, CA  92675


Samuel Church
32802 Valle Road 47
San Juan Capistrano, CA  92675


San Diego Gas and Electric
P O Box 25111
Santa Ana, CA  92799


Sergio Castro
32802 Valle Road 37
San Juan Capistrano, CA  92675

Shelley Uddo
32802 Valle Road 148
San Juan Capistrano, CA  92675


South Pacific Investors Fund Ltd
23792 Rockfield Blvd Suite 100
Lake Forest, CA  92630


Southern California Gas
P O Box C
Monterey Park, CA  91756


Sparkletts
P O Box 660579
Dallas, TX  75266


Steve Bahm
32802 Valle Road 2
San Juan Capistrano, CA  92675


Steve Marks
32802 Valle Road 99
San Juan Capistrano, CA  92675


Susana Ortega
32803 Valle Road 43
San Juan Capistrano, CA  92675


Sylvia Granados
32802 Valle Road 71
San Juan Capistrano, CA  92675

Tamera Childers
32802 Valle Road 3
San Juan Capistrano, CA  92675


Ted Bollman
32802 Valle Road 83
San Juan Capistrano, CA  92675


Terrie Perez
32802 Valle Road 15
San Juan Capistrano, CA  92675


The Bee Man
25652 Taladro Cir Ste G
Mission Viejo, CA  92691


The Sukut Family Trust Est 1993
4010 W Chandler Avenue
Santa Ana, CA  92704


Tina Gregory
32802 Valle Road 150
San Juan Capistrano, CA  92675


Twenty First Century Sweeping
P O Box 80061
Rancho Santa Margarita, CA  92688


Victor Perez
32802 Valle Road 128
San Juan Capistrano, CA  92675

Victoria Morgan
32802 Valle Road 157
San Juan Capistrano, CA  92675


Vincent Junio
32802 Valle Road 30
San Juan Capistrano, CA  92675


Vista Landscape Inc
17130 Van Buren 61
Riverside, CA  92504


Walter Thomas
32802 Valle Road 53
San Juan Capistrano, CA  92675


Waltons Pool Inc
2120 Hamer Drive
Placentia, CA  92870


Western Pacific Incorporated
4511 Eisenhower Circle
Anaheim, CA  92807


White Nelson and Co
2875 Michelle Dr 300
Irvine, CA  92606


Willam B. Starr Tree Trimming
20602 Canada Road
Lake Forest, CA  92630

Willard King
32802 Valle Road 33
San Juan Capistrano, CA  92675


William Carr
32802 Valle Road 101
San Juan Capistrano, CA  92675


Winifred Cummings
32802 Valle Road 73
San Juan Capistrano, CA  92675


Yanira Granados
32802 Valle Road 71
San Juan Capistrano, CA  92675


Yvonne Alvarado
32802 Valle Road 27
San Juan Capistrano, CA  92675


Zenon Ramirez
32802 Valle Road 74
San Juan Capistrano, CA  92675

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| D. Edward Hays<br>Marshack Hays LLP<br>870 Roosevelt Avenue<br>Irvine , CA  92620<br>949.333.7777          949.333.7778               162507<br>☒ *Attorney for:* Capistrano Terrace, Ltd., a California | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: Capistrano Terrace, Ltd., a California   Limited Partnership<br>    f/k/a Advanced Group 03-79, a California limit<br><br>                                                                    Debtor(s). | CASE NO.:<br><br>CHAPTER:      11<br><br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒   Petition, statement of affairs, schedules or lists                                 Date Filed: _____
☒   Amendments to the petition, statement of affairs, schedules or lists         Date Filed: _____
☒   Other: _____         Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_Ray Poulter_ _____                  07/07/2011 _____
*Signature of Authorized Signatory of Filing Party*                     Date

Ray Poulter
*Printed Name of Authorized Signatory of Filing Party*

President of General Partner
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_D. Edward Hays_ _____                  07/07/2011 _____
*Signature of Attorney for Filing Party*                     Date

D. Edward Hays
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*