JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

[Proposed] Attorneys for the Official Committee of Unsecured Creditors of Capistrano Terrace, Ltd.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>CAPISTRANO TERRACE, LTD., a California limited partnership,<br><br>Debtors and Debtors-in-Possession. | CASE NO. 8:11-bk-19767 MW<br><br>(Chapter 11)<br><br>**DECLARATION OF HYE JIN JANG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

I, Hye Jin Jang, declare and state as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice law before this United States Bankruptcy Court. I am an associate of Hinds & Shankman, LLP (hereinafter referred to as the "Hinds & Shankman"), proposed general bankruptcy counsel to the Official Committee of Unsecured Creditors of Capistrano Terrace, Ltd. (hereinafter referred to as the "OCC") appointed in the chapter 11 case of Capistrano Terrace, Ltd. referred to as the "Debtor")

in the above-referenced bankruptcy. I am one of the attorneys who will be principally responsible for the representation of the OCC before this Court and before the Office of the United States Trustee in the Debtor's chapter 11 case. The matters set forth hereinbelow are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On September 8, 2011, Hinds and Shankman filed the Application of the OCC to Employ Hinds & Shankman as Bankruptcy Counsel (hereinafter referred to as the "Application"). Due to a massive power outage affecting South Orange County, the Application could not be signed by the OCC before it was filed.

3. On September 9, 2011, the OCC reviewed and signed the Application. See Exhibit "1" hereto, Sally G. Rather's authorized signature at page seven of the Application as filed on September 8, 2011 on behalf of the OCC.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 9th day of September 2011 at Torrance, California.

/s/ Hye Jin Jang
HYE JIN JANG

# EXHIBIT "1"

# EXHIBIT "1"

14. The employment of James Andrew Hinds, Jr., Paul R. Shankman, and Hye Jin Jang and other members, associates, and attorneys of counsel of the Hinds & Shankman as general bankruptcy counsel to the Committee is in the best interests of the Committee and the creditors of the Debtor's Estate.

15. Pursuant to Local Bankruptcy Rules a Notice Pursuant to Local Rule 2014-1(b)(2) of Application for Appointment of Hinds & Shankman as Bankruptcy Counsel for the Committee has been served as required by applicable law. A true and correct copy of the Notice is attached hereto as Exhibit "3" and is incorporated herein by this reference as if set forth in full.

**WHEREFORE**, the Committee prays that it be authorized to employ James Andrew Hinds, Jr., Paul R. Shankman, Hye Jin Jang, and other members, associates, and attorneys of counsel of Hinds & Shankman as its general bankruptcy counsel with the compensation that is at the expense of the Estate in accordance with law and consistent with the Guidelines of the Office of the United States Trustee and further Orders of this Court as proposed herein, with said employment to be effective as of August 22, 2011, the date of the formation of the Committee.

DATED: September 8, 2011

Respectfully submitted,

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CAPISTRANO TERRACE, LTD.

President, HOA

By: [signature]
Sally G. Rather

[Signature continued on the next page]

| In re: CAPISTRANO TERRACE, LTD. Debtor(s). | CHAPTER 11 CASE NUMBER 8:11-bk-19767 MW |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described DECLARATION OF HYE JIN JANG IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 9, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael J. Hauser michael.hauser@usdoj.gov
D. Edward Hays ehays@marshackhays.com
James Andrew Hinds jhinds@jhindslaw.com
Charles Liu cliu@marshackhays.com
Richard A. Marshack rmarshack@marshackhays.com, lbergini@marshackhays.com
Tracy L. Schimelfenig tracy.schim@fennelllaw.com, luralene.schultz@fennelllaw.com
Lisa Torres lisa.torres@fennelllaw.com,
william.fennell@fennelllaw.com;luralene.schultz@fennelllaw.com;tracy.schim@fennelllaw.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 9, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2011 | Hye Jin Jang | /s/ Hye Jin Jang |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: CAPISTRANO TERRACE, LTD. Debtor(s). | CHAPTER 11 CASE NUMBER 8:11-bk-19767 MW |
| --- | --- |

**Parties Served Via Federal Express:**

The Honorable Mark S. Wallace
U.S. Bankruptcy Court
411 W. Fourth Street
Suite 6C
Santa Ana, CA 92701

**Parties Served Via First Class Mail:**

Capistrano Terrace, Ltd.
Debtor and Debtor-in-Possession
23792 Rockfield Blvd., Suite 100
Lake Forest, CA 92630

Advanced Real Estate Services, Inc.
Lisa Darling-Alderton
Woolls & Peer
One Wilshire Blvd 22nd Fl
Los Angeles, CA 90017

James Nanzig
32802 Valle Road, #17
San Juan Capistrano, CA 92675

Kenneth Rice
32802 Valle Road, #100
San Juan Capistrano, CA 92675

Jerry Moody
32802 Valle Road, #14
San Juan Capistrano, CA 92675

Kelly Hanson
32802 Valle Road, #126
San Juan Capistrano, CA 92675

Leon Peters
32802 Valle Road, #40
San Juan Capistrano, CA 92675

Ruston Calisch
32802 Valle Road, #26
San Juan Capistrano, CA 92675

Sally Garibaldi
32802 Valle Road, #34
San Juan Capistrano, CA 92675