JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd.
Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

[Proposed] Attorneys for the Official Committee of
Unsecured Creditors of Capistrano Terrace, Ltd.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re

CAPISTRANO TERRACE, LTD., a
California limited partnership,

　　　　Debtors and Debtors-in-Possession.

CASE NO. 8:11-bk-19767 MW

(Chapter 11)

**DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL**

[No Hearing Required]

I, James Andrew Hinds, Jr., declare and state as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California and am admitted to practice law before this United States Bankruptcy Court. I am a founding partner of Hinds & Shankman, LLP (hereinafter referred to as the "Hinds & Shankman"), proposed general bankruptcy counsel to the Official Committee of Unsecured Creditors of Capistrano Terrace, Ltd. (hereinafter referred to as the "Committee") appointed in the chapter 11 case of Capistrano Terrace, Ltd. (hereinafter

1.

1. referred to as the "Debtor") in the above-referenced bankruptcy. I am one of the attorneys who will be principally responsible for the representation of the Committee before this Court and before the Office of the United States Trustee in the Debtor's chapter 11 case. The matters set forth hereinbelow are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. I have read the Application To Employ Counsel filed September 8, 2011, and know the contents thereof, and the same is true of my own knowledge, except as to those matters which are therein stated upon information or belief, and as to those matters, I believe them to be true. This Declaration is made pursuant to 11 U.S.C. § 327 of the Bankruptcy Code and Local Bankruptcy Rule 2014-1(b)(1)(B).

3. After July 12, 2011 (hereinafter referred to as the "Petition Date"), I was contacted by representatives of the Homeowners' Association of Capistrano Terrace in response to the Debtor's chapter 11 filing. After lengthy conversations with representatives of the Homeowners' Association an Unofficial Committee of Homeowners was formed and the Unofficial Committee of Homeowners retained Hinds & Shankman to represented the residents and Homeowners' Association in this case.

4. The Unofficial Committee of Homeowners retained Hinds & Shankman as of August 8, 2011. The engagement was subject to <u>ending when an Official Committee was appointed in the case.</u> As part of this limited engagement the residents in the Park paid Hinds & Shankman a retainer of $4,500.00. I am informed and believe, and upon said information and belief assert that the entire $4,500.00 was raised by the Homeowners' Association from the residents in the Park. The entire $4,500.00 has been exhausted and our engagement by the Unofficial Committee of Homeowners <u>has ended</u>. Any billing over and above the retainer of $4,500.00 has or will be written off by Hinds & Shankman.

5. After lengthy meetings with the Office of the United States Trustee, an Official Committee of Unsecured Creditors was formed in this case. After discussions

2.

with the constituencies in the case, including counsel for the Debtor and counsel for the Plaintiffs in the pending state court action which drove the Debtor into chapter 11 (see <u>Aguirre, et al. v. Advances Group 03-79</u>, Case No. 07CC11632, Orange County Superior Court), the U.S. Trustee's Office concluded that the Official Committee would be comprised of **(i)** homeowners in the Park including those who has settled as part of the <u>Aguirre</u> action, **(ii)** homeowners who have obtained judgments as part of the <u>Aguirre</u> action, **(iii)** homeowners who were still Plaintiffs in the <u>Aguirre</u> action without a final judgment or settlement, and **(iv)** homeowners who lived in the Park but who had not sued the Debtor for the ongoing nuisance and health and safety issues which gave rise to the <u>Aguirre</u> action.

6. Prior to the formation of the Official Committee, Hinds & Shankman was engaged in communications with counsel for the Debtor, the Homeowners, counsel for the Plaintiffs in the <u>Aguirre</u> case, and the U.S. Trustee. Hinds & Shankman was required to review of the Debtor's Schedules in this case as well as the file in <u>Aguirre</u> case. All of this pre-formation work was required to come up to speed on the chapter 11 case.

7. As part of this case the Committee is requesting a <u>Knudsen</u> Order (see <u>In re Knudsen Corp</u>. (9th Cir. BAP 1988) 84 BR 668, 672-673). In this case the lenders have agreed to a <u>Knudsen</u> Order for the professionals employed by the Debtor. Negotiations are ongoing with the Debtor and the lenders for similar treatment for the professionals employed by the Committee.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

Executed this 9th day of September 2011 at Torrance, California.

/s/ James Andrew Hinds, Jr.
JAMES ANDREW HINDS, JR.

3.

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described DECLARATION OF JAMES ANDREW HINDS, JR. IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 9, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael J. Hauser     michael.hauser@usdoj.gov
D. Edward Hays     ehays@marshackhays.com
James Andrew Hinds     jhinds@jhindslaw.com
Charles Liu     cliu@marshackhays.com
Richard A. Marshack     rmarshack@marshackhays.com, lbergini@marshackhays.com
Tracy L. Schimelfenig     tracy.schim@fennelllaw.com, luralene.schultz@fennelllaw.com
Lisa Torres     lisa.torres@fennelllaw.com, 
william.fennell@fennelllaw.com;luralene.schultz@fennelllaw.com;tracy.schim@fennelllaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 12, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2011 | Hye Jin Jang | /s/ Hye Jin Jang |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

**Parties Served Via Federal Express:**

The Honorable Mark S. Wallace
U.S. Bankruptcy Court
411 W. Fourth Street
Suite 6C
Santa Ana, CA 92701

**Parties Served Via First Class Mail:**

Capistrano Terrace, Ltd.
Debtor and Debtor-in-Possession
23792 Rockfield Blvd., Suite 100
Lake Forest, CA 92630

Advanced Real Estate Services, Inc.
Lisa Darling-Alderton
Woolls & Peer
One Wilshire Blvd 22nd Fl
Los Angeles, CA 90017

James Nanzig
32802 Valle Road, #17
San Juan Capistrano, CA 92675

Kenneth Rice
32802 Valle Road, #100
San Juan Capistrano, CA 92675

Jerry Moody
32802 Valle Road, #14
San Juan Capistrano, CA 92675

Kelly Hanson
32802 Valle Road, #126
San Juan Capistrano, CA 92675

Leon Peters
32802 Valle Road, #40
San Juan Capistrano, CA 92675

Ruston Calisch
32802 Valle Road, #26
San Juan Capistrano, CA 92675

Sally Garibaldi
32802 Valle Road, #34
San Juan Capistrano, CA 92675

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                             F 9013-3.1