JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
PAUL R. SHANKMAN (SBN 113608)
pshankman@jhindslaw.com
HYE JIN JANG (SBN 272463)
hjang@jhindslaw.com
HINDS & SHANKMAN, LLP
21515 Hawthorne Blvd., Suite 1150
Torrance, California 90503
Telephone: (310) 316-0500
Fax: (310) 792-5977

[Proposed] Attorneys for Official Committee of Unsecured Creditors
of Capistrano Terrace, Ltd.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CAPISTRANO TERRACE, LTD., a<br>California limited partnership,<br><br>Debtor. | CASE NO. 8:11-bk-19767 MW<br><br>**ERRATA TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL**<br><br>Hearing Date: [No Hearing Required] |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND ITS GENERAL COUNSEL OF RECORD, AND TO ALL OTHER PARTIES-IN-INTEREST AND THEIR RESPECTIVE COUNSEL OF RECORD:

Hinds & Shankman, LLP, the proposed attorneys for the Official Committee of Unsecured Creditors of Capistrano Terrace, Ltd., hereby corrects an error in Paragraph 8 of the Application of the Official Committee of Unsecured Creditors to Employ Hinds &

1. Shankman, LLP as Bankruptcy Counsel (hereinafter referred to as the "Application") that
2. was filed in Court on September 8, 2011.
3.     Paragraph 8 of the Application reads as follows:
4.     "The Debtor's secured creditors, Chandler Real Properties, a California limited
5. partnership, the Sukut Family Trust established on July 16, 1993, and the Myron C.
6. Sukut Trust, UDT established on Oct. 14, 1986, have agreed to subordinate their lien
7. claims, to carve out from their collateral, and have consented to the surcharge of their
8. collateral to the extent of allowed fees to the professionals employed in the Debtor's
9. bankruptcy."
10.     The following is the correction made to Paragraph 8 of the Application and the
11. correction is underlined for emphasis:
12.     "The Debtor's secured creditors, Chandler Real Properties, a California limited
13. partnership, the Sukut Family Trust established on July 16, 1993, and the Myron C.
14. Sukut Trust, UDT established on Oct. 14, 1986, have agreed to subordinate their lien
15. claims, to carve out from their collateral, and have consented to the surcharge of their
16. collateral to the extent of allowed fees to the <u>professionals employed in the Debtor</u>."
17.
18. Dated: September 19, 2011    Respectfully submitted,
19.     JAMES ANDREW HINDS, JR.
20.     PAUL R. SHANKMAN
    HYE JIN JANG
21.     HINDS & SHANKMAN, LLP
22.     By: /s/ James Andrew Hinds, Jr.
23.     JAMES ANDREW HINDS, JR.
    [Proposed] Attorneys for Official Committee of
24.     Unsecured Creditors of Capistrano Terrace, Ltd.

ERRATA TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described ERRATA TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael J. Hauser     michael.hauser@usdoj.gov
D. Edward Hays     ehays@marshackhays.com
James Andrew Hinds     jhinds@jhindslaw.com
Charles Liu     cliu@marshackhays.com
Richard A. Marshack     rmarshack@marshackhays.com, lbergini@marshackhays.com
Tracy L. Schimelfenig     tracy.schim@fennelllaw.com, luralene.schultz@fennelllaw.com
Lisa Torres     lisa.torres@fennelllaw.com,
william.fennell@fennelllaw.com;luralene.schultz@fennelllaw.com;tracy.schim@fennelllaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2011 | Rudi Farid | /s/ Rudi Farid |
|---|---|---|
| Date | Type Name | Signature |

**Parties Served Via Federal Express:**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            F 9013-3.1

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

The Honorable Mark S. Wallace
U.S. Bankruptcy Court
411 W. Fourth Street
Suite 6C
Santa Ana, CA 92701

**Parties Served Via First Class Mail:**

Capistrano Terrace, Ltd.
Debtor and Debtor-in-Possession
23792 Rockfield Blvd., Suite 100
Lake Forest, CA 92630

Advanced Real Estate Services, Inc.
Lisa Darling-Alderton
Woolls & Peer
One Wilshire Blvd 22nd Fl
Los Angeles, CA 90017

James Nanzig
32802 Valle Road, #17
San Juan Capistrano, CA 92675

Kenneth Rice
32802 Valle Road, #100
San Juan Capistrano, CA 92675

Jerry Moody
32802 Valle Road, #14
San Juan Capistrano, CA 92675

Kelly Hanson
32802 Valle Road, #126
San Juan Capistrano, CA 92675

Noe Gonzalez
32802 Valle Road, 140
San Juan Capistrano, CA 92675

Ruston Calisch
32802 Valle Road, #26
San Juan Capistrano, CA 92675

Rick Unfried
32802 Valle Road, #13
San Juan Capistrano, CA 92675

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                              F 9013-3.1

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>CAPISTRANO TERRACE, LTD.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:11-bk-19767 MW |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: HINDS & SHANKMAN, LLP., 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503

The foregoing document described ERRATA TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HINDS & SHANKMAN, LLP AS BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Michael J. Hauser    michael.hauser@usdoj.gov
D. Edward Hays    ehays@marshackhays.com
James Andrew Hinds    jhinds@jhindslaw.com
Charles Liu    cliu@marshackhays.com
Richard A. Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com
Tracy L. Schimelfenig    tracy.schim@fennelllaw.com, luralene.schultz@fennelllaw.com
Lisa Torres    lisa.torres@fennelllaw.com,
william.fennell@fennelllaw.com;luralene.schultz@fennelllaw.com;tracy.schim@fennelllaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

X  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2011 | Rudi Farid | /s/ Rudi Farid |
|---|---|---|
| Date | Type Name | Signature |

**Parties Served Via Federal Express:**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                       **F 9013-3.1**

| In re: | | CHAPTER 11 |
| --- | --- | --- |
| CAPISTRANO TERRACE, LTD. | Debtor(s). | CASE NUMBER 8:11-bk-19767 MW |

**Via Federal Express**

The Honorable Mark S. Wallace
U.S. Bankruptcy Court
411 W. Fourth Street
Suite 6C
Santa Ana, CA 92701

**Parties Served Via First Class Mail:**

Capistrano Terrace, Ltd.
Debtor and Debtor-in-Possession
23792 Rockfield Blvd., Suite 100
Lake Forest, CA 92630

Advanced Real Estate Services, Inc.
Lisa Darling-Alderton
Woolls & Peer
One Wilshire Blvd 22nd Fl
Los Angeles, CA 90017

James Nanzig
32802 Valle Road, #17
San Juan Capistrano, CA 92675

Kenneth Rice
32802 Valle Road, #100
San Juan Capistrano, CA 92675

Jerry Moody
32802 Valle Road, #14
San Juan Capistrano, CA 92675

Kelly Hanson
32802 Valle Road, #126
San Juan Capistrano, CA 92675

Noe Gonzalez
32802 Valle Road, 140
San Juan Capistrano, CA 92675

Ruston Calisch
32802 Valle Road, #26
San Juan Capistrano, CA 92675

Rick Unfried
32802 Valle Road, #13
San Juan Capistrano, CA 92675

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1