RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Reorganized Debtor,
CAPISTRANO TERRACE, LTD., A
CALIFORNIA LIMITED PARTNERSHIP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CAPISTRANO TERRACE, LTD., a California limited partnership,<br><br>Reorganized Debtors. | Case No. 8:11-bk-19767-MW<br><br>Chapter 11<br><br>RESPONSE OF CAPISTRANO TERRACE, LTD. TO HOMEOWNERS ASSOCIATION ("HOA") REQUEST TO RETAIN LIMITED JURISDICTION OVER DISPUTES BETWEEN RESIDENTS AND HOA AND RESIDENT OWNED PARKS (DK. NO. 458); AND DEMAND FOR COSTS AND LIMITED OPPOSITION BY ROP CAPISTRANO TERRACE, INC. TO DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND FINAL DECREE<br><br>Hearing<br>Date: February 3, 2016<br>Time: 9:00 a.m.<br>Ctrm: 6C |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY COURT

JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

PARTIES:

Reorganized Debtor, Capistrano Terrace, Ltd. ("Debtor"), provides the following response

to the Homeowners Association's request to retain limited jurisdiction over disputes between

residents and Homeowners Association and Resident Owned Parks (docket #458); and demand

for costs and limited opposition by ROP Capistrano Terrace, Inc. to Debtor's motion for entry of final decree (docket # 456).

## 1. Homeowners Association request to retain limited jurisdiction over disputes between residents and Homeowners Association and Resident Owned Parks (docket #458).

Section 5 of the Term Sheet, as cited by the Homeowners Association ("HOA"), provides in relevant part as follows: "All parties agree the Bankruptcy Court shall retain jurisdiction to enforce this Term Sheet, all the documents as set forth in this Term Sheet and the Plan **until the above-captioned case is closed."** (*Emphasis added.*) The entry of the Final Decree will close this case, and any issue between the HOA and Resident Owned Parks is better suited to the State Court down the street as it does not concern the Debtor or the Plan. The Debtor is NOT involved in the dispute and therefore there is no need to have the issue resolved in the Bankruptcy Court.

## 2. Demand for costs and limited opposition by ROP Capistrano Terrace, Inc. to Debtor's motion for entry of final decree.

The demand for costs by ROP Capistrano Terrace, Inc. ("ROPCT") is similarly better suited to the State Court. It is an alleged breach of contract claim. While the Debtor disputes owing ROPCT any monies as the costs relate to a new loan put on the property by ROPCT *after* the Debtor requested execution of the documents for the parcel carve-out, and not to the transfer of title to the small flat area, this matter should not hold up the entry of the Final Decree. All documents for the parcel carve-out have now been signed, and there are no remaining administrative tasks for the Estate. The Plan has been fully and substantially consummated in accordance with its terms. The alleged obligation is a post-confirmation alleged obligation and it can be resolved in the Orange County Superior Court.

/ / /

/ / /

1 | The Bankruptcy Court is not the proper court to handle all post-confirmation legal issues.
2 | The Plan has been substantially consummated and a final decree should be entered.
3 |
4 | DATED: January 26, 2016          MARSHACK HAYS LLP
5 |                        By:    */s/ Kristine A. Thagard*
6 |                                RICHARD A. MARSHACK
                                    KRISTINE A. THAGARD
7 |                                Attorneys for CAPISTRANO TERRACE, LTD.

3

RESPONSE IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

308442v1/1183-001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE OF CAPISTRANO TERRACE, LTD. TO HOMEOWNERS ASSOCIATION ("HOA") REQUEST TO RETAIN LIMITED JURISDICTION OVER DISPUTES BETWEEN RESIDENTS AND HOA AND RESIDENT OWNED PARKS (DK. NO. 458); AND DEMAND FOR COSTS AND LIMITED OPPOSITION BY ROP CAPISTRANO TERRACE, INC. TO DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND FINAL DECREE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 26, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **January 26, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Capistrano Terrace Ltd, Debtor and Debtor-in-Possession
23792 Rockfield Blvd., Suite 100
Lake Forest, CA 92630

**Debtor – Updated Address**
Capistrano Terrace, Ltd.
15320 Barranca Pkwy, Suite 100
Irvine, CA 92618

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 26, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark S. Wallace
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/26/16  Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| *Date    Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
308442v1/1183-001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Cont.

- John H Bauer    johnbhud@aol.com, nancy@gringogazettenorth.com
- Caroline Djang    cdjang@rutan.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Hye Jin Jang    hjang@jhindslaw.com
- Charles Liu    cliu@marshackhays.com, ecfmarshackhays@gmail.com
- Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- Elmer D Martin    elmermartin@gmail.com
- Marisa Matsumura    marisa.matsumura@coco.ocgov.com, anthony.lievanos@coco.ocgov.com
- Scott H Olson    solson@vedderprice.com, ecfdocket@vedderprice.com,jcano@vedderprice.com,jparker@vedderprice.com
- Paul R Shankman    pshankman@jhindslaw.com
- Kristine A Thagard    kthagard@marshackhays.com, ecfmarshackhays@gmail.com
- Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
308442v1/1183-001

**F 9013-3.1.PROOF.SERVICE**