RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
KRISTINE A. THAGARD, #094401
kthagard@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt Avenue
Irvine, California 92620
Telephone:  (949) 333-7777
Facsimile:  (949) 333-7778

Attorneys for Reorganized Debtor,
CAPISTRANO TERRACE, LTD., A
CALIFORNIA LIMITED PARTNERSHIP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CAPISTRANO TERRACE, LTD., a California limited partnership,<br><br>Reorganized Debtors. | Case No. 8:11-bk-19767-MW<br><br>Chapter 11<br><br>DECLARATION OF RICHARD A. MARSHACK IN SUPPORT OF ENTRY OF ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE<br><br><u>Hearing</u><br>Date:   February 3, 2016<br>Time:  9:00 a.m.<br>Ctrm:  6C |

## Declaration of Richard A. Marshack

I, RICHARD A. MARSHACK, say and declare as follows:

1. I am an individual over 18 years of age and competent to make this Declaration.

2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3. The facts set forth below are true of my personal knowledge.

4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

1

DECLARATION OF RICHARD A. MARSHACK

306874v1/1183-002

1     5.     I am a founding partner of Marshack Hays LLP, attorneys of record for Capistrano Terrace, Ltd, the reorganized debtors in this Chapter 11 bankruptcy proceeding ("Debtors").

    6.     I make this Declaration in support of entry of the Order Granting Debtor's Motion for Entry of Final Decree ("Order").

    7.     On February 4, 2016, a copy of the proposed Order Granting Motion for Entry of Final Decree was emailed to James A. Hinds, Jr. of Hinds & Shankman, LLP, counsel for Capistrano Terrace Mobilehome Owners Association, Inc., John H. Bauer of Financial Relief Legal Advocates, Inc., counsel for ROP Capistrano Terrace, Inc., and Carrie Hemple of UCI School of Law, counsel for Capistrano Terrace Organization, Inc. (collectively "Counsel"), for review and by a subsequent reply email each of them approved of the form of the Order.

    8.     The proposed order that was lodged as document number 453 is the order Counsel approved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2016.

                                        /s/ Richard A. Marshack

                                        RICHARD A. MARSHACK

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RICHARD A. MARSHACK IN SUPPORT OF ENTRY OF ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 9, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 9, 2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR
CAPISTRANO TERRACE LTD
15320 BARRANCA PARKWAY, SUITE 100
IRVINE, CA 92618

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 9, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Mark S. Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593)

☐ Service information continued on attached page

I declare under penalty of perjury undr the laws of the United States that the foregoing is true and correct.

| 2/9/16  Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| *Date    Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**

ATTORNEY FOR INTERESTED PARTY ROP CAPISTRANO TERRACE, INC: John H Bauer    johnbhud@aol.com, nancy@gringogazettenorth.com
- ATTORNEY FOR CREDITOR CITY OF SAN JUAN CAPISTRANO: Caroline Djang    cdjang@rutan.com
- U.S. TRUSTEE: Michael J Hauser    michael.hauser@usdoj.gov
- ATTORNEY FOR DEBTOR: D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- ATTORNEY FOR COMMITTEE: James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- ATTORNEY FOR COMMITTEE: Hye Jin Jang    hjang@jhindslaw.com
- ATTORNEY FOR DEBTOR: Charles Liu    cliu@marshackhays.com, ecfmarshackhays@gmail.com
- ATTORNEY FOR DEBTOR: Richard A Marshack    rmarshack@marshackhays.com, lbergini@marshackhays.com;ecfmarshackhays@gmail.com
- ATTORNEY FOR CHANDLER REAL PROPERTIES: Elmer D Martin    elmermartin@gmail.com
- ATTORNEY FOR COUNTY OF ORANGE: Marisa Matsumura    marisa.matsumura@coco.ocgov.com, anthony.lievanos@coco.ocgov.com
- ATTORNEY FOR COLUMBIA CASUALTY COMPANY: Scott H Olson    solson@vedderprice.com, ecfdocket@vedderprice.com,jcano@vedderprice.com,jparker@vedderprice.com
- ATTORNEY FOR COMMITTEE: Paul R Shankman    pshankman@jhindslaw.com
- ATTORNEY FOR DEBTOR: Kristine A Thagard    kthagard@marshackhays.com, ecfmarshackhays@gmail.com
- ATTORNEY FOR GILBERTO AGUIRRE: Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**